AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| David Morse | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART) and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities. | ) C12-5289  JSC |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART) and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Siegel
Siegel & Yee
499 14th Street
Suite 300
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**KELLY COLLINS**

Date:  10/12/2012

*Signature of Clerk or Deputy Clerk*