

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| David Morse <br><br> *Plaintiff* <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART) and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. C12-5289 JSC <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART) and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Siegel
Siegel & Yee
499 14th Street
Suite 300
Oakland, CA 94612


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 10/12/2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C12-5289 JSC-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  San Francisco Bay Area Rapid Transit District
was received by me on *(date)*  10/23/2012  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Jacqueline R. Edwards, Dep. Asst. Dist. Sec.  , who is
designated by law to accept service of process on behalf of *(name of organization)*  San Francisco Bay Area
Rapid Transit District  on *(date)*  10/23/2012  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  10/23/2012

*Server's signature*

Christopher Scheer, Paralegal, Siegel & Yee
*Printed name and title*

499 14th St., Suite 300, Oakland, CA. 94612
*Server's address*

Additional information regarding attempted service, etc: