UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Morse,

            Plaintiff(s),

Case No. C 12-05289 JSC

ADR CERTIFICATION BY PARTIES AND COUNSEL

     v.

San Francisco Bay Area Rapid Transit District, et al.,

            Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/17/13                                              David Morse
                                                                [Party]

Dated: 1/17/13                                              Michael Siegel
                                                                 [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05