# United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415-522-2000

January 18, 2013

**Dale L. Allen , Jr.**
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584

Re:   Consenting or declining to proceed before a Magistrate Judge
Case:   3:12-cv-05289-JSC <u>David Morse v. San Francisco Bay Area Rapid Transit District, et al.</u>

Dear Counsel:

    At filing, this matter was randomly assigned to United States Magistrate Judge Jacqueline Scott Corley.  A hearing has since been scheduled for <u>February 7, 2013</u>. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before Judge Corley.  We have no record of your decision.

    At www.cand.uscourts.gov you will find a form to complete if you consent to proceed before Judge Corley and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within seven (7) calendar days.

Sincerely,
Richard W. Wieking, Clerk
United States District Court

*[signature]*

By:  William Noble
Courtroom Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

v.

Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

Signature _____

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

v.

Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____  Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")