UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: February 7, 2013

Time in Court: 9 mins (1:30-1:39)

JUDGE: Jacqueline Scott Corley

Case Number: C12-5289 JSC

Case Name: David Morse v San Francisco Bay Area Rapid Transit

Attorney (s) for Plaintiff: Michael Siegal
Attorney (s) for Defendant: Dale Allen

Deputy Clerk: Ada Means

## PROCEEDINGS:

Case management conference - Held


ORDERED AFTER HEARING:

A further case management conference is set for July 11, 2013 at 1:30 p.m., a joint case management statement shall be filed seven prior to the conference.

Order to be prepared by: [] Plaintiff      [] Defendant     [x] Court

Notes:

cc:

* Telephonic Appearance