IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>            Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT,<br><br>            Defendants. | Case No.: C12-5289 JSC<br><br>**ORDER OF REFERRAL** |

This matter is referred to Magistrate Judge Donna M. Ryu to conduct a settlement conference which shall be held between April 15, 2013 and June 11, 2013 or as soon thereafter as is convenient to Magistrate Judge Ryu's calendar.

**IT IS SO ORDERED.**

Dated: February 11, 2013

                                                                _Jacqueline S. Corley_<br>
                                                            JACQUELINE SCOTT CORLEY<br>
                                                          UNITED STATES MAGISTRATE JUDGE