# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Morse,<br><br>           Plaintiff(s),<br><br>     v.<br><br>San Francisco Bay Area Rapid Transit District,<br><br>           Defendant(s). | 12-05289 JSC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**James J. Donato**
Shearman & Sterling LLP
525 Market St., Suite1500
San Francisco, CA 94105
415-616-1100
james.donato@shearman.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
12-05289 JSC MED                              - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 4, 2013

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____/s/_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
12-05289 JSC MED                      - 2 -