**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

April 16, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Morse v. San Francisco Bay Area Rapid Transit District, et al.*
USDC Case No. C-12-05289-JSC (DMR)

Dear Judge Ryu:

This matter is currently-scheduled for a first settlement conference on April 29, 2013 at 11:00 a.m. Pursuant to your Settlement Conference Order (*see* Docket No. 19, Section E), I am writing to request a continuance, until the week of June 3-7, 2013. Such a date would be consistent with Judge Corley's Order of Referral, which set a settlement conference deadline of June 11th (see Docket No. 15).

I am lead trial counsel for defendants BART and Deputy Chief Dan Hartwig. I am currently in trial, and have been since March 29th. My first trial began on the 29th and ended on April 10th. My second trial began the next day (April 11th) and is ongoing. I do not anticipate it will finish by April 29th. Accordingly, my clients would be unable to satisfy the Court's requirement that lead trial counsel appear for all parties. (Docket No. 19, Section C). Moreover, as lead trial counsel, I want to attend the Mandatory Settlement Conference ("MSC"), and my clients wish their lead trial counsel to attend.

This scheduling conflict was unanticipated. My first trial was supposed to start on March 18th, with the second one starting on April 2nd. Unfortunately, because of the unavailability of courtrooms in San Francisco Superior Court, the first trial trailed for two weeks. That delayed the start of the second trial.

Postponement is requested until the week of June 3-7 because I have a third trial starting on May 6th, with a fourth one commencing on May 20th. Simply put, I do not have time in May to prepare for, and attend, a MSC.

A postponed MSC would also have a corollary benefit. BART's Responses to Plaintiff's written discovery, Set One, is currently due on May 2, 2013. Postponing the MSC would ensure that all parties possess the same information, and are in a position to properly evaluate any settlement demands/offers.

Consistent with your Order, we met-and-conferred with Plaintiff's counsel about this request for continuance. This morning, my associate (Kevin Allen) left a voicemail for Plaintiff's counsel, Michael Siegel. They also exchanged meet-and-confer emails. Those emails are attached as Ex. "A" to this letter. Plaintiff respectfully opposes the requested continuance.

My apologies for this unanticipated scheduling conflict, and thank you for considering this request.

        Very truly yours,

        LOW, BALL & LYNCH

        /s/

        Dale L. Allen, Jr.

KPA:eg
Enclosures

# EXHIBIT A

# Kevin P. Allen

| | |
|---|---|
| **From:** | Kevin P. Allen |
| **Sent:** | Tuesday, April 16, 2013 1:25 PM |
| **To:** | 'Michael Siegel' |
| **Cc:** | Dale Allen |
| **Subject:** | RE: Settlement Conference (Morse v. BART) |

Michael,

Thank you for the response. I'll note Plaintiff's objection in our letter.

The late request was not intentional. As I mentioned, Dale has been in trial continuously since March 29th. The first trial started on March 29th and ended on April 10th; the second trial commenced on April 11th. Because the first trial trailed for two weeks before getting a courtroom (it was supposed to start on March 18th), that delayed the start of the second trial (supposed to start on April 2nd). This turn of unforeseen events resulted in our current predicament: lead trial counsel unavailable to attend the MSC, due to being in trial.

The inability to complete the April depositions stems from the same circumstances. Back-to-back trials precluded Dale from conducting depositions in a separate matter.

The reason for the June continuance is that a lesser postponement is insufficient. Once this second trial is done, Dale gears up for his third trial (May 6th), and then a fourth trial (May 20th). He unfortunately doesn't have any time in May to participate in a Mandatory Settlement Conference.

The letter to Judge Ryu will go out later today, or tomorrow.

- Kevin

Kevin P. Allen | Attorney
**LOW BALL & LYNCH**
505 Montgomery Street, 7th Floor | San Francisco, CA 94111-2584
P: 415-981-6630 ext. 215 | F: 415-399-1506 | kallen@lowball.com

CONFIDENTIALITY NOTICE

This email and the document(s) accompanying it may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone (415-981-6630), return the original transmission to us, and destroy all copies.

---

**From:** Michael Siegel [mailto:michaeljwsiegel@gmail.com]
**Sent:** Tuesday, April 16, 2013 12:08 PM
**To:** Kevin P. Allen
**Cc:** Dale Allen
**Subject:** Re: Settlement Conference (Morse v. BART)

Hi Kevin,

I object to the continuance at this late date. I am in a settlement conference all day today and am not able to respond in detail. To summarize, though, I am disappointed in this late request. It follows a string of BART delays in providing disclosures, and the failure to provide certain documents that Dale assured me would be disclosed. It also follows the failure to abide by a calendar, set by meet and confer, in which we agreed to conduct depositions the week of April 22. Dale and I agreed to conduct substantive early settlement conversations, targeting February and March, which were derailed the late and thin BART disclosures. Now the settlement conference is our only available way to make that happen. I would be amenable to a delay of a week or so but not six weeks as proposed (especially given the likelihood that a later day would result, if we lose our April date).

Michael

On Apr 16, 2013, at 7:44 AM, "Kevin P. Allen" <KAllen@LOWBALL.COM> wrote:

> Michael,
>
> Good morning -- this follows-up on my voicemail. I called to request a continuance of the MSC, until the first week of June 2013. The continuance is for the following reasons:
>
> 1. After our meet-and-confer telephone call yesterday, I spoke with Dale. As lead trial counsel, he wants to attend the MSC (and is required to, by the Court's Settlement Conference Order, Section C). Unfortunately, his trial will not be done by April 29th. He then has two trials in in May: one on May 6th, another on May 20th. He has been in trial continuously since March 29th, but is free June 3rd-7th.
>
> 2. With BART's discovery responses to Plaintiff outstanding, neither side will be able to properly evaluate its settlement position, or any settlement offer.
>
> Please let me know if Plaintiff will stipulate to continuing the MSC. If not, we'll send a separate letter to Judge Ryu (cc'ing you) requesting a continuance.
>
> Thank you for considering this request.
>
> - Kevin
>
> Kevin P. Allen | Attorney
> **LOW BALL & LYNCH**
> 505 Montgomery Street, 7th Floor | San Francisco, CA 94111-2584
> P: 415-981-6630 ext. 215 | F: 415-399-1506 | kallen@lowball.com
>
> CONFIDENTIALITY NOTICE
>
> This email and the document(s) accompanying it may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone (415-981-6630), return the original transmission to us, and destroy all copies.