# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO. C 12-05289-JSC (DMR)**

**CASE NAME:** DAVID MORSE v. SAN FRANCISCO BAY AREA RAPID TRANSIT DIST. ET AL

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY:** Ivy Garcia

**DATE:** April 23, 2013          **TIME:**          **FTR:** Not Recorded

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Michael Siegel                                Kevin Allen

## PROCEEDINGS

[ ]  CASE MANAGEMENT CONFERENCE

[X]  TELEPHONIC SETTLEMENT CONFERENCE HELD

[ ]  DISCOVERY CONFERENCE

[ ]  MOTION HEARING

[ ]  OTHER:

CASE CONTINUED TO:          FOR

NOTES: Telephonic settlement discussions held. Defendant shall produce all non-privileged responsive documents by discovery response due date. In-court settlement conference will be reset for 6/3/2013 at 11:00. Parties to follow existing settlement conference order re submission of updated settlement materials, or shall submit letter verifying that there are no significant updates.

cc:     Chambers, Ada Yiu (CRD of Mag. Judge J.S. Corley)