UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | No. C-12-05289-JSC (DMR) |
| Plaintiff(s), | **NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

Pursuant to the Oakland Federal Courthouse being closed on June 3, 2013, you are hereby notified that the settlement conference previously scheduled on June 3, 2013 at 11:00 a.m. has been rescheduled to **June 4, 2013 at 1:00 p.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled settlement conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 13, 2013. *See* Docket No. 19.

IT IS SO ORDERED.

Dated: May 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge