**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

May 28, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

   Re: *Morse v. San Francisco Bay Area Rapid Transit District, et al.*
      USDC Case No. C-12-05289-JSC (DMR)

Dear Judge Ryu:

  This matter is currently-scheduled for a settlement conference on June 4, 2013 at 1:00 p.m. Pursuant to your Minute Order of April 23, 2013, defendants provide this letter to verify no significant changes have occurred since the April 23rd teleconferecene that will impact the view of this case. Defendants rely on their Mandatory Settlement Conference Statement previously submitted in this matter.

                Very truly yours,

                LOW, BALL & LYNCH

                 /s/

                Dale L. Allen, Jr.

DLA:eg