**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

May 28, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:     *Morse v. San Francisco Bay Area Rapid Transit District, et al.*
        USDC Case No. C-12-05289-JSC (DMR)

Dear Judge Ryu:

        This matter is currently-scheduled for a settlement conference on June 4, 2013 at 1:00 p.m.
I am writing to request that defendant Dan Hartwig be excused from personal appearance at the
Settlement Conference as a responsible principle necessary to any meaningful settlement
negotiations will be present.

                                        Very truly yours,

                                        LOW, BALL & LYNCH

                                            /s/

                                        Dale L. Allen, Jr.

IT IS SO ORDERED.

DATED:                          _____
                                DONNA M. RYU
                                United States District/Magistrate Judge

J:\1752\SF0232\Correspondence\L-Ryu-004.docx