**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

May 29, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:  *Morse v. San Francisco Bay Area Rapid Transit District, et al.*
      USDC Case No. C-12-05289-JSC (DMR)

Dear Judge Ryu:

   In follow up to the courtesy call from your clerk, I have exchanged emails with Mr. Siegel, counsel for Mr. Morse, and he has no objection to excusing Mr. Hartwig from attending the settlement conference.  I respectfully renew my request to have him excused from attending the settlement conference.

                                             Very truly yours,

                                             LOW, BALL & LYNCH

                                              /s/

                                             Dale L. Allen, Jr.