**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MORSE                                    No. C-12-05289 (DMR)

             Plaintiff(s),               **ORDER EXCUSING ATTENDANCE  AT
                                          SETTLEMENT CONFERENCE**

      v.

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT et al.

             Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

        By letter dated May 28, 2013, Defendant Dan Hartwig requested to be excused from

personally appearing at the settlement conference scheduled for June 4, 2013 at 1:00 p.m.  [Docket

No. 25.]  Plaintiff did not oppose this request.  [Docket No. 26.]

        Upon consideration of the request, the court finds good cause for excusing personal

attendance.  Therefore, IT IS HEREBY ORDERED that Defendant Hartwig be available by

telephone from 1:00 p.m. until 6:00 p.m. Pacific Time until further notice on June 4, 2013.

        If the court concludes that the absence of Defendant Hartwig is interfering with the

settlement conference, the court may continue the settlement conference and may order personal

attendance by each party including Defendant Hartwig.

        IT IS SO ORDERED.


Dated:  May 29, 2013

                                          _____
                                          DONNA M. RYU
                                          United States Magistrate Judge