# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL CONFERENCE MINUTE ORDER</u>

**CASE NO. C 12-05289-JSC (DMR)**

**CASE NAME: DAVID MORSE v. SAN FRANCISCO BAY AREA RAPID TRANSIT DIST., ET AL**

**MAGISTRATE JUDGE DONNA M. RYU**          **COURTROOM DEPUTY: Ivy Garcia**

**DATE**: June 4, 2013          **TIME: 3.0 Hrs.**          **FTR**: Not Recorded

<u>**COUNSEL FOR PLAINTIFF:**</u>          <u>**COUNSEL FOR DEFENDANT:**</u>
Michael Siegel                                              Dale Allen, Jr.

## <u>PROCEEDINGS</u>

[ ]   CASE MANAGEMENT CONFERENCE

[X]   SETTLEMENT CONFERENCE HELD

[ ]   DISCOVERY CONFERENCE

[ ]   MOTION HEARING

[ ]   OTHER:

CASE CONTINUED TO:                              FOR

NOTES: Matter did not settle. Further Settlement Conference to take place in late August to mid-September 2013.

cc:   Chambers, Ada Yiu Means (CRD of Judge J.S. Corley)