UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MORSE,

        Plaintiff(s),

  v.

SAN FRANCISCO BAY AREA
RAPID TRANSIT DISTRICT, ET AL,

        Defendant(s).
_____/

No. C-12-05289-JSC  (DMR)

**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

    You are hereby notified that a further settlement conference is scheduled for **August 30, 2013 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

    If all parties, counsel, and other mandatory attendees are **not** available on the above date, counsel shall notify the Court in writing **within 5 business days.** The parties should be mindful of any time limits set by the judge to whom the case is assigned. **If written notice is not provided within 5 business days, the settlement conference date as stated above shall remain in effect.**

    Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 13, 2013. *See* Docket No. 19. No later than ten days prior to the further settlement conference, the parties shall submit supplemental Exchanged Settlement Conference Statements and Confidential Settlement Letters.

    IT IS SO ORDERED.

Dated: June 4, 2013

                                    DONNA M. RYU
                                    United States Magistrate Judge