DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>    Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S REQUEST FOR PERMISSION TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: February 3, 2014 |

Plaintiff David Morse requests permission to attend the case management conference scheduled July 11, 2013 at 1:30 p.m. by telephone.

Plaintiff's primary counsel Michael Siegel is currently in Austin, Texas. He has moved his primary residence to Texas as of July 3, 2013. He is available to participate in the phone conference via telephone. Mr. Siegel was not aware of his travel arrangements

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Plaintiff's Request for Permission to Attend CMC by Telephone            1

when the case management hearing was set, and he is not available to fly to the Bay Area to participate in the July 11, 2013, conference in person.

    Mr. Siegel prefers to participate in the case management conference via telephone, in lieu of asking another Siegel & Yee attorney to represent Mr. Morse, because he is the attorney who participated in the recently-completed settlement conference and is best equipped to speak to the preparation of the case for trial.

Dated: July 8, 2013

                              SIEGEL & YEE

                              By: /s Michael Siegel
                                  Michael Siegel

                              Attorneys for Plaintiff
                              DAVID MORSE

IT IS HEREBY ORDERED that

    Plaintiff David Morse is permitted to attend by telephone the case management conference scheduled July 11, 2013 at 1:30 p.m. in *David Morse v. San Francisco Bay Area Rapid Transit District et al., Case No.* C12-5289 JSC.  Plaintiff is directed to contact CourtCall to schedule a telephonic appearance.

Dated: _____

                              HON. JACQUELINE SCOTT CORLEY
                              Magistrate Judge, US District Court