1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9
              UNITED STATES DISTRICT COURT FOR THE
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12

13 DAVID MORSE,                              ) Case No. C12-5289 JSC
                                             )
14          Plaintiff,                       ) **PLAINTIFF'S REQUEST FOR**
                                             ) **PERMISSION TO ATTEND**
15     vs.                                   ) **CASE MANAGEMENT**
                                             ) **CONFERENCE BY TELEPHONE**
16 SAN FRANCISCO BAY AREA RAPID              ) **AND [PROPOSED] ORDER**
17 TRANSIT DISTRICT (BART); and BART         )
   Deputy Police Chief DAN HARTWIG, sued     ) Judge: Hon. Jacqueline Scott Corley
18 in his official and individual capacities,)
                                             ) Case Filed: October 12, 2012
19          Defendants.                      ) Trial Date: February 3, 2014
20                                           )
                                             )
21                                           )

22     Plaintiff David Morse requests permission to attend the case management

23 conference scheduled July 11, 2013 at 1:30 p.m. by telephone.

24     Plaintiff's primary counsel Michael Siegel is currently in Austin, Texas. He has

25
   moved his primary residence to Texas as of July 3, 2013. He is available to participate in
26
   the phone conference via telephone. Mr. Siegel was not aware of his travel arrangements
27

28

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Plaintiff's Request for Permission to Attend CMC by Telephone            1

when the case management hearing was set, and he is not available to fly to the Bay Area to participate in the July 11, 2013, conference in person.

Mr. Siegel prefers to participate in the case management conference via telephone, in lieu of asking another Siegel & Yee attorney to represent Mr. Morse, because he is the attorney who participated in the recently-completed settlement conference and is best equipped to speak to the preparation of the case for trial.

Dated: July 8, 2013

                                SIEGEL & YEE

                                By: /s Michael Siegel
                                     Michael Siegel

                                Attorneys for Plaintiff
                                DAVID MORSE

IT IS HEREBY ORDERED that

Plaintiff David Morse is permitted to attend by telephone the case management conference scheduled July 11, 2013 at 1:30 p.m. in *David Morse v. San Francisco Bay Area Rapid Transit District et al., Case No.* C12-5289 JSC.  Plaintiff is directed to contact CourtCall to schedule a telephonic appearance.

Dated: July 8, 2013

                                HON. JACQUELINE SCOTT CORLEY
                                Magistrate Judge, US District Court

---