UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

Date: July 11, 2013

Time in Court: 02 minutes (FTR: 1:38-1:40)

JUDGE: Jacqueline Scott Corley

Case Number: C12-5289 JSC

Case Name: Morse v San Francisco Bay Area Transit District, et al.

Attorney (s) for Plaintiff: Michael Siegel*
Attorney (s) for Defendant: Kevin Allen

Deputy Clerk: Ada Means

PROCEEDINGS:

Further case management conference - Held

ORDERED AFTER HEARING:

The hearing for dispositive motion is extended to November 11, 2013.

Order to be prepared by: [] Plaintiff      [] Defendant      [] Court

Notes:

cc:

* Telephonic Appearance