1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9  DALE ALLEN, JR., SBN 145279
   KEVIN ALLEN, SBN 252290
10 LOW, BALL & LYNCH
11 505 Montgomery Street, 7th Floor
   San Francisco, CA 94111
12 Telephone: (415) 981-6630
   Facsimile: (415) 982-1634
13 dallen@lowball.com
   kallen@lowball.com
14

15 ATTORNEYS for Defendants
   SAN FRANCISCO BAY AREA RAPID TRANSIT, *et al.*
16

17              UNITED STATES DISTRICT COURT FOR THE

18              NORTHERN DISTRICT OF CALIFORNIA

19

20

21 DAVID MORSE,                                ) Case No. C12-5289 JSC DMR
                                               )
22          Plaintiff,                         ) **JOINT REQUEST TO CONTINUE**
                                               ) **SETTLEMENT CONFERENCE**
23     vs.                                     )
                                               ) Trial Judge: Hon. Jacqueline Scott Corley
24 SAN FRANCISCO BAY AREA RAPID                ) Settlement Judge: Hon. Donna M. Ryu
25 TRANSIT DISTRICT (BART); and BART           )
   Deputy Police Chief DAN HARTWIG, sued       ) Case Filed: October 12, 2012
26 in his official and individual capacities,  ) Trial Date: February 3, 2014
                                               )
27          Defendants.                        )
                                               )
28                                             )
                                               )

_____

*Morse v. BART, et al.,* Case No. C12-5289 JSC

I. **SUMMARY**

The parties participated in a settlement conference with Judge Ryu on June 4, 2013, and failed to reach settlement. Judge Ryu suggested a second settlement conference, upon completion of substantial discovery including party depositions. This conference is currently scheduled for August 30, 2013. Unfortunately, due to continuing written discovery, and the still-pending party depositions, the parties do not anticipate being ready for a fruitful settlement conference on the scheduled date.

Presently, the parties continue to engage in written discovery. BART has produced nearly 20,000 pages of documents as well as substantial video and audio footage relating to the events in question. Plaintiff David Morse recently served additional written discovery with responses due in late August. The parties do not anticipate completing depositions until September 20, 2013. Because the parties have not completed necessary discovery, a second settlement conference is not likely to yield much benefit.

II. **REQUEST FOR CONTINUANCE**

The parties request to continue the settlement conference, with a new date to be determined upon completion of necessary discovery. A date cannot be precisely determined at this time because two events must occur prior to the settlement conference: BART must complete its discovery responses, and the parties must take necessary depositions. The parties suggest that Judge Ryu set a phone call to occur during the month of September, when the parties will know about their readiness and availability to complete a second settlement conference. The parties propose the

*Morse v. BART, et al.,* Case No. C12-5289 JSC

1   following days and times for such a phone call: Monday, September 9, at 11:00 a.m. or

2   1:00 p.m.; Tuesday, September 10, at 11:00 a.m., 1:00 p.m., or 3:00 p.m.

3

4        Dated: August 9, 2013

5                               SIEGEL & YEE

6                               By: /s/ Michael Siegel

7                                   Michael Siegel

8                               Attorneys for Plaintiff

9                               DAVID MORSE

10

11                              LOW, BALL & LYNCH

12                              By: /s/ Dale Allen

13                                  Dale Allen

14                              Attorneys for Defendants

15                              SAN FRANCISCO BAY AREA
                           RAPID TRANSIT, *et al.*

16

17

18

19

20

21

22

23

24

25

26

27

28

*Morse v. BART, et al.,* Case No. C12-5289 JSC