UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MORSE,

    Plaintiff(s),

  v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, ET AL,

    Defendant(s).
_____/

No. C-12-05289-JSC (DMR)

**NOTICE OF RESCHEDULED FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

Upon receipt of the joint request to continue the further settlement conference from all the parties, you are hereby notified that the further settlement conference previously set on August 30, 2013 at 11:00 a.m. has been rescheduled to **October 18, 2013 at 1:00 p.m.,** in Courtroom 4, 3RD Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 13, 2013. *See* Docket No. 19.

IT IS SO ORDERED.

Dated: August 13, 2013

DONNA M. RYU
United States Magistrate Judge