DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:      (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>            Defendants. | Case No. C12-5289 JSC<br><br>**REQUEST FOR STIPULATED TRIAL CONTINUANCE**<br><br>Trial Date: February 3, 2014 |

   Pursuant to the following stipulation, the parties hereby request the court grant a short trial continuance in this matter based on recent and unforeseen events that create a conflict for defense counsel Dale L. Allen, Jr.

   At the case management conference of July 11, 2013, this matter was set for trial on February 3, 2014 by agreement of the parties.  Subsequent to the case management conference and within the last month, Mr. Allen learned that the daughter of one of his oldest friends, Paul Green, of Newport, Wales, U.K., was going to be married on February 8, 2014 in Newport, Wales, U.K.  Mr. Allen was also informed that his lifelong friend has been diagnosed with cancer.  Though Mr. Green is doing well, the opportunity to attend his daughter's wedding is of great importance to Mr. Allen. Since the time

1 necessary to attend this wedding in the U.K. would require leaving the United States during the week of
2 trial, Mr. Siegel agreed to a short continuance upon agreement of the court and calendars of counsel and
3 the court. (See attached declaration of Dale L, Allen, Jr.).

4     Based on the schedules of counsel, the court is requested to continue the trial date of February 3,
5 2014 to March 31, 2014, April 7, 2014, May 12, 2014, May 19, 2014, or May 26, 2014. The court is
6 also requested to extend the discovery deadline cutoff to November 15, 2013. As stated in the
7 declaration attached, the parties have and continue to work diligently to complete discovery but trial
8 and personal schedules have delayed discovery through no fault of the parties. Any other court
9 deadlines outstanding are to be moved in accordance with the new trial date.

10     If the trial dates are not available, and the court is agreeable to continuing the trial based on the
11 stipulation, the parties request a new trial setting conference at the court's earliest convenience.

12     Approved as to form:

14 Dated: September 4, 2013

15                 LOW, BALL & LYNCH

17                 By: /s/ Dale L. Allen, Jr.
18                     DALE L. ALLEN, JR.
                    KEVIN P. ALLEN
19                     Attorneys for Defendants
                    SAN FRANCISCO BAY AREA RAPID TRANSIT
20                     DISTRICT AND BART DEPUTY POLICE CHIEF
                    DAN HARTWIG

21 Dated: September 4, 2013

22                 SIEGEL & YEE

24                 By: /s/ Michael Siegel
                    MICHAEL SIEGEL, ESQ.
25                     Attorneys for Plaintiff
                    DAVID MORSE