DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>    Defendants. | Case No. C12-5289 JSC<br><br>**DECLARATION OF DALE L. ALLEN, JR. IN SUPPORT OF REQUEST FOR STIPULATED TRIAL CONTINUANCE**<br><br>Trial Date: February 3, 2014 |

I, Dale L. Allen, Jr, hereby declare:

1.  I am lead counsel for defendants in this action.

2.  A case management and trial setting conference were held on July 11, 2013, and a trial date of February 3, 2014 was set by the Court with agreement of counsel.

3.  On August 27, 2013, I was told by my lifelong friend, Mr. Paul Green, who lives in Newport, Wales, U.K., that his daughter Michelle would be getting married and the wedding date had been set for February 8, 2014. Mr. Green asked my wife and I to reserve the date and hoped we would be able to make the wedding. I have not seen Mr. Green since the wedding of my daughter in 2008. I also learned he has been battling cancer for the last two years. Although he is doing well, it is of great

importance to me to be able to attend his daughter's wedding, as he traveled to the United States with his wife to attend my daughter's wedding.

4. I contacted Mr. Michael Siegel, counsel for plaintiff in this action and asked if he would stipulate to a trial continuance based on the facts outlined in this declaration. He was extremely professional as well as extended the personal understanding of my attendance at the wedding and so stipulated. He did ask that the continuance be of a short duration if possible, and we agreed to request this trial be continued to March 31, 2014, April 7, 2014, May 12, 2014, May 19, 2014, or May 26, 2014, if the court's calendar can accommodate the new date. We also agreed to ask the court for a trial setting conference if either of the stipulated dates were unavailable to see if an agreeable date could be found if the court is so inclined to grant this stipulated continuance.

5. If the court grants the stipulation to continue the trial, the court is also asked to extend the discovery cut off to November 15, and all other court deadlines in accordance with the new trial date assigned. Beginning March 30th, I have tried 3 cases to verdict which have taken up over 3 months of my time. I also took time with my family out of the office that totaled 5 weeks on long planned and paid for vacations. As a result, depositions have been delayed due to my unavailability, though Mr. Siegel and I have tried hard to clear mutually difficult calendars in accordance with FRCP and local rules' encouragement to meet and confer on deposition dates. The parties have also met and conferred on the voluminous document requests made by plaintiff's counsel and worked together to streamline document production, especially email requests, and continue to do so to avoid any discovery motions. The additional time will allow the depositions to be concluded, as well as written discovery. The parties have reserved the week of October 15 to conduct depositions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2013 in San Francisco, California.

By:      /s/ Dale L. Allen, Jr.
DALE L. ALLEN, JR.