1 DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
2 LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
3 San Francisco, California 94111
Telephone: (415) 981-6630
4 Facsimile: (415) 982-1634
Email: dallen@lowball.com
5 Email: kallen@lowball.com

6 Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
7 AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>            Plaintiff,<br><br>  vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>           Defendants. | Case No. C12-5289 JSC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED TRIAL CONTINUANCE** |

PURSUANT to stipulation of the parties, requesting the court continue the trial date in this matter, or in the alternative set a new trial setting conference;

1. The trial date in this matter has been continued to _____; or

2. A trial setting conference has been set for _____.

3. Discovery will remain open until November 15, 2014.

4. All other deadlines will be reset by minute order of the court based on the new date.

1 | IT IS SO ORDERED.
2 |
3 | DATED:
4 | _____
5 | United States District Court Judge
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |