DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

DALE ALLEN, JR., SBN 145279
KEVIN ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
dallen@lowball.com
kallen@lowball.com

ATTORNEYS for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT, *et al.*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORSE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>          Defendants. | Case No. C12-5289 JSC<br><br>**[PROPOSED] AMENDED PRETRIAL ORDER** |

---

*Morse v. BART*, *et al.*, Case No. C12-5289 JSC
[Proposed] Amended Pretrial Order                                                              1

Pursuant to the direction of Magistrate Judge Jacqueline Scott Corley at the court conference held on September 6, 2013, plaintiff David Morse's attorney Michael Siegel attempted to meet and confer with opposing counsel Dale and Kevin Allen on numerous occasions to develop an amended pretrial order, to reflect the agreement of the parties that the discovery cut-off be continued and that the other pretrial deadlines be extended. Although the parties agreed to extend the deadline for designation of experts to August 1, 2013, and to extend the discovery cut-off until November 15, 2013, after numerous attempted communications via phone and email, Mr. Siegel was unable to secure the endorsement of opposing counsel to the additional following dates, proposed by plaintiff and highlighted in bold:

Deadline for Designation of Experts: August 1, 2013

Discovery Cut-Off: November 15, 2014

**Hearing of Dispositive Motions: January 13, 2014**

**Final Pretrial Conference: February 24, 2014, at 2:00 p.m.**

Dated: October 1, 2013

SIEGEL & YEE

By: /s/ Michael Siegel
　　　Michael Siegel

Attorneys for Plaintiff
DAVID MORSE

LOW, BALL & LYNCH

By: _____
　　　Dale Allen

Attorneys for Defendants
BAY AREA RAPID TRANSIT, *et al.*