DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:      (415) 981-6630
Facsimile:      (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>           Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**NOTICE OF JOINDER IN [PROPOSED] AMENDED PRETRIAL ORDER** |

Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART DEPUTY POLICE CHIEF DAN HARTWIG have no objection to, and hereby join in, the amended pretrial order filed by plaintiff on October 1, 2013 (see document 40), to reflect the agreement of the parties that the discovery cut-off be continued and that the other pretrial deadlines be extended. The parties agreed to the deadline for designation of experts of August 1, 2013, and to extend the discovery cut-off until November 15, 2013. Defendants clarify that the discovery cut-off is November 15, of 2013 not 2014 and join in proposing the dates as listed below:

///

///

///

Deadline for Designation of Experts: August 1, 2013

**Discovery Cut-Off: November 15, 2013**

**Hearing of Dispositive Motions: January 13, 2014**

**Final Pretrial Conference: February 24, 2014, at 2:00 p.m.**

Dated:  October 3, 2013

              LOW, BALL & LYNCH

            By____/s/ Dale L. Allen, Jr._____
             DALE L. ALLEN, JR.
             KEVIN P. ALLEN
             Attorneys for Defendants
             SAN FRANCISCO BAY AREA RAPID TRANSIT
             DISTRICT AND BART DEPUTY POLICE CHIEF
             DAN HARTWIG