United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No.: 12-cv-5289 JSC |
| Plaintiff, | **ORDER REGARDING MODIFICATION OF CASE SCHEDULE** |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART), et al., | |
| Defendants. | |

The Court is in receipt of the parties' respective submissions regarding modification of the case schedule. In accordance with those submissions, the schedule is modified as follows:

| | |
|---|---|
| Deadline for Designation of Experts: | August 1, 2013 |
| Discovery Cut-Off: | November 15, 2013 |
| Hearing on Dispositive Motions: | January 13, 2014 |
| Pretrial Conference: | February 24, 2014 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated:  October 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE