DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC |
| Plaintiff, | **PLAINTIFF'S OBJECTION TO DEFENDANTS' ELECTRONIC FILING OF SETTLEMENT BRIEF** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | Further Conference: October 18, 2013<br>Conference Judge: Hon. Donna M. Ryu<br><br>Case Filed: October 12, 2012<br>Trial Date: February 3, 2014 |
| Defendants. | |

Plaintiff DAVID MORSE hereby objects to the electronic filing of defendants BART and DAN HARTWIG of a "Mandatory Settlement Conference Statement." (Dkt. 43.) The standing settlement conference order of Judge Ryu clearly prohibits filing of any settlement conference documents. (Dkt. 19 at 2-3.)

Dated: October 8, 2013          SIEGEL & YEE

                                By: /s/ Michael Siegel
                                       Michael Siegel

                                Attorneys for Plaintiff
                                DAVID MORSE

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Plaintiff's Objection to Defendants' Electronic Filing of Mediation Brief          1