1  DALE L. ALLEN, JR., SBN 145279
   KEVIN P. ALLEN, SBN 252290
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:    (415) 981-6630
4  Facsimile:    (415) 982-1634
   Email: dallen@lowball.com
5  Email: kallen@lowball.com

6  Attorneys for Defendants
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
7  AND BART DEPUTY POLICE CHIEF DAN HARTWIG

8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | DAVID MORSE,                              | Case No. C12-5289 JSC (DMR) |
   |---|---|
12 |                 Plaintiff,                | **ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
13 |          vs.                              | |
14 | SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART | |
15 | Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | |
16 |                                           | |
   |                 Defendants.               | |
17 |                                           | |

18

19    Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART

20 DEPUTY POLICE CHIEF DAN HARTWIG hereby request that this Court permanently remove

21 document number 43 from the Court's docket.

22    In response to Plaintiff's objection (see Document 44) to the electronic filing of Defendants'

23 Mandatory Settlement Conference Statement (see Document 43), Defendants' statement was

24 inadvertently filed due to my confusion with another case.  Defendants have taken steps to seal the

25 ///

26 ///

27 ///

28

1  record from public access, have alerted the ECF help desk of this error, and by this motion respectfully
2  request that the court permanently remove document number 43 from the Court's docket.

    Dated:  October 8, 2013

                                LOW, BALL & LYNCH


                          By      /s/ Dale L. Allen, Jr.
                              DALE L. ALLEN, JR.
                              KEVIN P. ALLEN
                              Attorneys for Defendants
                              SAN FRANCISCO BAY AREA RAPID TRANSIT
                              DISTRICT AND BART DEPUTY POLICE CHIEF
                              DAN HARTWIG