**LOW, BALL & LYNCH** ATTORNEYS AT LAW
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 981-6630   FACSIMILE (415) 982-1634 WWW.LOWBALL.COM

October 16, 2013

Hon. Donna M. Ryu
Magistrate Judge
U.S. District Court/Northern District
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:     *Morse v. San Francisco Bay Area Rapid Transit District, et al.*
        USDC Case No. C-12-05289-JSC (DMR)

Dear Judge Ryu:

      This matter is currently scheduled for a settlement conference this Friday, October 18, 2013 at 1:00 p.m.   I am writing to respectfully request that defendant Dan Hartwig be excused from personal appearance at the Settlement Conference.   His deposition completed yesterday, he has personal family commitments, and Mr. Steven Shatz will be present with settlement authority.

      Thank for considering this request. Attached please find a [proposed] Order.

Very truly yours,

LOW, BALL & LYNCH

/s/

Dale L. Allen, Jr.

DLA:eg

J:\1752\SF0232\Correspondence\L-Ryu-008.docx