1   DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
2   LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
3   San Francisco, California 94111
Telephone:     (415) 981-6630
4   Facsimile:     (415) 982-1634
Email: dallen@lowball.com
5   Email: kallen@lowball.com

6   Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
7   AND BART DEPUTY POLICE CHIEF DAN HARTWIG

8

9                       UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   DAVID MORSE,                              **Case No. C12-5289 JSC (DMR)**

12                    Plaintiff,               **[PROPOSED] ORDER GRANTING
                                               DEFENDANTS' REQUEST FOR
13       vs.                                   DEPUTY CHIEF HARTWIG TO BE
                                               EXCUSED FROM PERSONAL
14   SAN FRANCISCO BAY AREA RAPID              APPEARANCE AT SETTLEMENT
     TRANSIT DISTRICT (BART); and BART         CONFERENCE**
15   Deputy Police Chief DAN HARTWIG, sued
     in his official and individual capacities,   Date:      October 18, 2013
16
                     Defendants.               Time:      1:00 p.m.
17
                                               Judge:     Hon. Donna M. Ryu
18
                                               Place:     Courtroom E, 15th Floor
19                                                        U.S. District Court
                                                          450 Golden Gate Avenue
20                                                        San Francisco, CA

21          Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART

22   DEPUTY POLICE CHIEF DAN HARTWIG have requested that DEPUTY CHIEF HARTWIG be

23   excused by personal appearance at the Settlement Conference. GOOD CAUSE appearing, this request

24   is GRANTED.

25          IT IS SO ORDERED.

26

27          DATED:                             _____
                                               DONNA M. RYU
28                                             United States District/Magistrate Judge

                                        -1-
         [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEPUTY CHIEF HARTWIG
          TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE