DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:      (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　　　Defendants. | **Case No. C12-5289 JSC (DMR)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEPUTY CHIEF HARTWIG TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>Date:　　October 18, 2013<br><br>Time:　　1:00 p.m.<br><br>Judge:　　Hon. Donna M. Ryu<br><br>Place:　　Courtroom E, 15th Floor<br>　　　　　U.S. District Court<br>　　　　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA |

　　Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART DEPUTY POLICE CHIEF DAN HARTWIG have requested that DEPUTY CHIEF HARTWIG be excused by personal appearance at the Settlement Conference. GOOD CAUSE appearing, this request is GRANTED.

　　IT IS SO ORDERED.


　　DATED: _____
　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEPUTY CHIEF HARTWIG
TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE

J:\1752\SF0232\Correspondence\[Proposed] Order for L-Ryu-008.docx　　　　　　　　　　　　　　　Case No: C12-5289 JSC (DMR)