```
 1  DALE L. ALLEN, JR., SBN 145279
    KEVIN P. ALLEN, SBN 252290
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California 94111
    Telephone:    (415) 981-6630
 4  Facsimile:    (415) 982-1634
    Email: dallen@lowball.com
 5  Email: kallen@lowball.com

 6  Attorneys for Defendants
    SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
 7  AND BART DEPUTY POLICE CHIEF DAN HARTWIG

 8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>    Defendants. | Case No. C12-5289 JSC (DMR)<br><br>(AS MODIFIED)<br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR DEPUTY CHIEF HARTWIG TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE<br><br>Date:    October 18, 2013<br><br>Time:    1:00 p.m.<br><br>Judge:   Hon. Donna M. Ryu<br><br>Place:   Courtroom E, 15th Floor<br>         U.S. District Court<br>         450 Golden Gate Avenue<br>         San Francisco, CA |

Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART DEPUTY POLICE CHIEF DAN HARTWIG have requested that DEPUTY CHIEF HARTWIG be excused by personal appearance at the Settlement Conference. GOOD CAUSE appearing, this request is GRANTED. If the Court concludes that the absence of Deputy Chief Hartwig is interfering with the settlement conference, the court may continue the settlement conference and may order personal attendance by each party including Deputy Chief Hartwig.

IT IS SO ORDERED.

DATED: 10/17/13  _____
                                DONNA M. RYU
                                United States District/Magistrate Judge