# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO. C 12-05289-JSC (DMR)**

**CASE NAME:** DAVID MORSE v. S.F. BAY AREA RAPID TRANSIT DIST., ET AL

**MAGISTRATE JUDGE DONNA M. RYU**   **COURTROOM DEPUTY:** Ivy Garcia

**DATE**: October 18, 2013   **TIME: 2 Hrs. 30 mins.**   **FTR**: Not Recorded

**COUNSEL FOR PLAINTIFF:**
Michael Siegel
Neil Satterlund

**COUNSEL FOR DEFENDANT:**
Dale Allen

## PROCEEDINGS

[ ]   CASE MANAGEMENT CONFERENCE

[X]   SETTLEMENT CONFERENCE HELD

[ ]   DISCOVERY CONFERENCE

[ ]   MOTION HEARING

[ ]   OTHER:

CASE CONTINUED TO:                              FOR

NOTES: Matter did not settle.

cc:   Chambers, Ada Means (CRD of Mag. Judge J.S. Corley)