DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:     (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**STIPULATED REQUEST FOR FURTHER AMENDED PRETRIAL ORDER; [PROPOSED] ORDER** |

     On September 6, 2013, the Court continued the trial date in this case, pursuant to the parties stipulated request. (Docket No. 39). The parties subsequently met-and-conferred, and agreed on continuing: (1) discovery cutoff until November 15, 2013; (2) the hearing date on dispositive motions to January 13, 2014; and (3) the Final Pretrial Conference to February 24, 2014. (Dockets No. 40 and 41). On October 4, 2013, the Court graciously granted these requests as well. (Docket No. 42).

     Over the past 6 weeks, the parties have worked diligently and in good-faith to complete discovery by the November 15th cutoff. They conducted at least 7 depositions and further supplemented written discovery. Unfortunately, four depositions remain outstanding, as does some written discovery. To this end, the parties stipulate to the following modifications to the pretrial order:

///

1 **Discovery Cutoff: December 6, 2013**

2 **Hearing Date of Dispositive Motions: January 27, 2014**

3 Per Local Rule 7-2(a), the due date for any dispositive motions (assuming a 1-27-14 hearing
4 date) would be December 23, 2013 (35 days beforehand).

5 Both the trial date and final pretrial conference date remain unchanged.

6
7 Dated: November 22, 2013                    LOW, BALL & LYNCH

8
9                                             By      /s/      Kevin P. Allen
                                                 DALE L. ALLEN, JR.
10                                               KEVIN P. ALLEN
                                                 Attorneys for Defendants
11                                               SAN FRANCISCO BAY AREA RAPID TRANSIT
                                                 DISTRICT AND BART DEPUTY POLICE CHIEF
12                                               DAN HARTWIG

13
14 Dated: November 22, 2013                    SIEGEL & YEE

15
16                                             By      /s/      Michael Siegel
17                                               Michael Siegel
                                                 Attorneys for Plaintiff
18                                               DAVID MORSE

19
20
21 **IT IS SO ORDERED.**

22
23 **DATED:**                                  _____
                                                **JACQUELINE SCOTT CORLEY**
24                                              **United States Magistrate Judge**

25 ///
26 ///
27 ///
28 ///

-2-
STIPULATED REQUEST FOR FURTHER AMENDED PRETRIAL ORDER; [PROPOSED] ORDER
J:\1752\SF0232\Pldgs\Stipulated Req for Further Amended Pretrial Order.docx          Case No: C12-5289 JSC (DMR)

## CERTIFICATE OF SERVICE

I, Kevin P. Allen, attorney of record for Defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and BART DEPUTY POLICE CHIEF DAN HARTWIG do hereby certify that on November 22, 2013, I electronically filed the foregoing **STIPULATED REQUEST FOR FURTHER AMENDED PRETRIAL ORDER and [PROPOSED] ORDER** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

By _____/s/_____
     KEVIN P. ALLEN