DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:     (415) 981-6630
Facsimile:      (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>            Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**STIPULATED REQUEST FOR FURTHER AMENDED PRETRIAL ORDER; [PROPOSED] ORDER** |

On September 6, 2013, the Court continued the trial date in this case, pursuant to the parties stipulated request. (Docket No. 39). The parties subsequently met-and-conferred, and agreed on continuing: (1) discovery cutoff until November 15, 2013; (2) the hearing date on dispositive motions to January 13, 2014; and (3) the Final Pretrial Conference to February 24, 2014. (Dockets No. 40 and 41). On October 4, 2013, the Court graciously granted these requests as well. (Docket No. 42).

Over the past 6 weeks, the parties have worked diligently and in good-faith to complete discovery by the November 15th cutoff. They conducted at least 7 depositions and further supplemented written discovery. Unfortunately, four depositions remain outstanding, as does some written discovery. To this end, the parties stipulate to the following modifications to the pretrial order:

///

**Discovery Cutoff: December 6, 2013**

**Hearing Date of Dispositive Motions: January 27, 2014**

Per Local Rule 7-2(a), the due date for any dispositive motions (assuming a 1-27-14 hearing date) would be December 23, 2013 (35 days beforehand).

Both the trial date and final pretrial conference date remain unchanged.

Dated: November 22, 2013

LOW, BALL & LYNCH

By   /s/   Kevin P. Allen
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT AND BART DEPUTY POLICE CHIEF DAN HARTWIG

Dated: November 22, 2013

SIEGEL & YEE

By   /s/   Michael Siegel
Michael Siegel
Attorneys for Plaintiff
DAVID MORSE

**IT IS SO ORDERED.**

**DATED:** November 25, 2013

**JACQUELINE SCOTT CORLEY**
**United States Magistrate Judge**

///
///
///
///

-2-
STIPULATED REQUEST FOR FURTHER AMENDED PRETRIAL ORDER; [P~~ROPO~~SED] ORDER
J:\1752\SF0232\Pldgs\Stipulated Req for Further Amended Pretrial Order.docx         Case No: C12-5289 JSC (DMR)