DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　　　Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**DECLARATION OF KEVIN P. ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　January 27, 2014<br>Time:　9:00 a.m.<br>Courtroom:　F, 15th Floor (San Francisco)<br>Judge:　Hon. Jacqueline Scott Corley<br><br>Trial Date:　March 31, 2013 |

I, KEVIN P. ALLEN, declare as follows:

　　　1.　　I have personal knowledge of the following facts, and could and would testify competently thereto if called upon to do so.

　　　2.　　I am an attorney at law duly licensed to practice before all courts of the State of California and before the United States District Court for the Northern District of California, and am employed as an associate with the law firm of Low, Ball & Lynch, attorneys of record herein for defendants SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and BART DEPUTY POLICE CHIEF DAN HARTWIG.

///

///

-1-
DECLARATION OF KEVIN P. ALLEN IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION
J:\1752\SF0232\MSJ\MSJ-MPA-Allen Decl.docx　　　　　　　　　　　　　　　　　　Case No: C12-5289 JSC (DMR)

1    3.   A true and correct copy of the relevant portions of the deposition transcript of Daniel Hartwig, taken in the above-captioned action on October 15, 2013, is attached hereto as Exhibit "A."

4.   A true and correct copy of the relevant portions of the deposition transcript of David Morse, taken in the above-captioned action on October 15, 2013, is attached hereto as Exhibit "B."

5.   A true and correct copy of the relevant portions of the deposition transcript of Kenton W. Rainey, taken in the above-captioned action on November 6, 2013, is attached hereto as Exhibit "C."

6.   A true and correct copy of the relevant portions of the deposition transcript of Shane Coduti, taken in the above-captioned action on November 5, 2013, is attached hereto as Exhibit "D."

7.   A true and correct copy of the relevant portions of the deposition transcript of Benson Fairow, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit "E."

8.   A true and correct copy of the relevant portions of the deposition transcript of Ken Dam, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit "F."

9.   A true and correct copy of the relevant portions of the deposition transcript of Michael D. Hayes, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit "G."

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my own personal knowledge.

Executed this 23rd day of December, 2013, at San Francisco, California.

/s/   Kevin P. Allen
KEVIN P. ALLEN