```
DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:    (415) 981-6630
Facsimile:    (415) 982-1634
Email: dallen@lowball.com
Email: kallen@lowball.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　　Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　January 27, 2014<br>Time:　9:00 a.m.<br>Courtroom:　F, 15th Floor (San Francisco)<br>Judge:　Hon. Jacqueline Scott Corley<br><br>Trial Date:　March 31, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion by SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") and BART DEPUTY CHIEF DAN HARTWIG (collectively, "Defendants"), for summary judgment or, in the alternative, summary adjudication, as to the Complaint filed by Plaintiff DAVID MORSE ("Plaintiffs") came on regularly for hearing on January 27, 2014, at 9:00 a.m., in Courtroom F of the above entitled Court, located on the 15th floor of 450 Golden Gate Ave. in San Francisco, California. Low, Ball & Lynch appeared on behalf of Defendants and Siegel & Yee appeared on behalf of Plaintiff.

///

///

Having considered the papers in regard to this motion, and after oral argument, the Court hereby rules as follows:

1. Defendants' Rule 56 motion is GRANTED with respect to Plaintiff's first cause of action alleging state-law false arrest/false imprisonment.

2. Defendants' Rule 56 motion is GRANTED with respect to Plaintiff's second cause of action alleging Fourth Amendment unlawful arrest.

3. Defendants' Rule 56 motion is GRANTED with respect to Plaintiff's third cause of action alleging First Amendment retaliation.

4. Rule 56 motion is GRANTED with respect to Plaintiff's claim for punitive damage under state law.

5. Rule 56 motion is GRANTED with respect to Plaintiff's claim for punitive damage under federal law.

In light of the above rulings, the above-listed causes of action are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____

HON. JACQUELINE SCOTT CORLEY
U.S. MAGISTRATE JUDGE