DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>        Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE RE: MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

The most recent scheduling order in this matter was issued November 25, 2013 (Dkt. 53), and provided a discovery cut-off of December 6, 2013, and a hearing date for defendants' motion for summary judgment of January 27, 2014. Pursuant to that order and this Court's Local Rules, defendants filed their motion on December 23, 2013, plaintiff's opposition is due January 6, 2014, and defendants' reply is due January 13, 2014.

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Stipulated Request to Amend Briefing Schedule; Proposed Order                    1

1  Plaintiff has worked diligently to prepare his opposition since receiving
2 defendants' motion and evidence, but unfortunately several delays relating to the
3 holiday season and travel cancellations have hindered his progress. After contacting
4 defendants' counsel, the parties have agreed to the following alteration of the briefing
5 scheduling:

Deadline for Plaintiff to File Opposition to Summary Judgment: January 8, 2014

Deadline for Defendants to File Reply Brief in Support of Summary Judgment: January 15, 2014.

Dated: January 6, 2014

SIEGEL & YEE

By: /s/ Michael Siegel
    Michael Siegel

Attorneys for Plaintiff
DAVID MORSE

LOW, BALL & LYNCH

By: /s/ Kevin Allen
    Kevin Allen

Attorneys for Defendants
BAY AREA RAPID TRANSIT, *et al.*

**IT IS SO ORDERED.**

**DATED:** _____   _____
**JACQUELINE SCOTT CORLEY**
**United States Magistrate Judge**