1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
   499 14th Street, Suite 300
3  Oakland, CA  94612
   Telephone: (510) 839-1200
4  Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
   michael@siegelyee.com
6
7  Attorneys for Plaintiff
   DAVID MORSE
8

9              UNITED STATES DISTRICT COURT FOR THE

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
13 DAVID MORSE,                              ) Case No. C12-5289 JSC (DMR)
                                             )
14          Plaintiff,                       ) **STIPULATED REQUEST TO AMEND**
                                             ) **BRIEFING SCHEDULE RE: MOTION**
15     vs.                                   ) **FOR SUMMARY JUDGMENT;**
                                             ) **[PROPOSED] ORDER**
16 SAN FRANCISCO BAY AREA RAPID              )
   TRANSIT DISTRICT (BART); and BART         )
17 Deputy Police Chief DAN HARTWIG, sued     )
18 in his official and individual capacities,)
                                             )
19          Defendants.                      )
                                             )
20                                           )
                                             )
21

22
         The most recent scheduling order in this matter was issued November 25, 2013
23
   (Dkt. 53), and provided a discovery cut-off of December 6, 2013, and a hearing date for
24
   defendants' motion for summary judgment of January 27, 2014. Pursuant to that order
25
   and this Court's Local Rules, defendants filed their motion on December 23, 2013,
26
   plaintiff's opposition is due January 6, 2014, and defendants' reply is due January 13,
27
   2014.
28

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Stipulated Request to Amend Briefing Schedule; ~~Proposed~~ Order          1

Plaintiff has worked diligently to prepare his opposition since receiving defendants' motion and evidence, but unfortunately several delays relating to the holiday season and travel cancellations have hindered his progress. After contacting defendants' counsel, the parties have agreed to the following alteration of the briefing scheduling:

Deadline for Plaintiff to File Opposition to Summary Judgment: January 8, 2014

Deadline for Defendants to File Reply Brief in Support of Summary Judgment: January 15, 2014.

Dated: January 6, 2014

SIEGEL & YEE

By: /s/ Michael Siegel
    Michael Siegel

Attorneys for Plaintiff
DAVID MORSE

LOW, BALL & LYNCH

By: /s/ Kevin Allen
    Kevin Allen

Attorneys for Defendants
BAY AREA RAPID TRANSIT, *et al.*

**IT IS SO ORDERED.** The hearing on Defendant's Motion for Summary Judgment continued to 9:00 a.m. on 2/6/2014.

**DATED:** January 6, 2014

_____
**JACQUELINE SCOTT CORLEY**
**United States Magistrate Judge**

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Stipulated Request to Amend Briefing Schedule; ~~Proposed~~ Order       2