DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>    Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF MICHAEL SIEGEL AND DAVID MORSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 6, 2014<br>Time: 9:00 a.m.<br>Courtroom: F, 15th Floor<br>Hon. Jacqueline Scott Corley<br><br>Trial Date: March 31, 2014 |

## ADMINISTRATIVE MOTION

Pursuant to Local Rules 7-11 and 79-5(d), and the stipulated protective order in this action governing documents designated as confidential, plaintiff DAVID MORSE herby moves to file under seal: (1)Exhibits B, D, F, H, J, L, O, P, Q, and R attached to the

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
Plaintiff's Administrative Motion to File Under Seal                                          1

1 Declaration of Michael Siegel in Opposition to Motion for Summary Judgment; and (2)
2 Exhibits I through Q attached to the Declaration of David Morse in Opposition to
3 Motion for Summary Judgment.

    These attached exhibits are documents designated as confidential by the defendants and plaintiff, pursuant to the protective order stipulated to by the parties and ordered by the Court on June 6, 2013 (Docket No. 29).

Dated: January 8, 2014

                            SIEGEL & YEE

                            By: __/s/_____
                                Michael Siegel

                                Attorneys for Plaintiff
                                David Morse