DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　Defendants. | Case No. C12-5289 JSC<br><br>**DECLARATION OF MICHAEL SIEGEL IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF MICHAEL SIEGEL AND DAVID MORSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date: February 6, 2014<br>Time: 9:00 a.m.<br>Courtroom: F, 15th Floor<br>Hon. Jacqueline Scott Corley<br><br>Trial Date: March 31, 2014 |

I, MICHAEL SIEGEL, declare as follows:

1.　I am currently employed as an associate in the law firm of Siegel & Yee and am admitted to practice law in the US District Court, Northern District of California.  I

---

am one of the attorneys representing plaintiff David Morse in this matter. This declaration is based upon my personal knowledge. I am competent to testify with respect to the matters stated herein.

    2.    The following documents were designated as confidential material by defendants San Francisco May Area Rapid Transit (BART) and BART Deputy Police Chief Dan Hartwig, pursuant to the protective order stipulated to by the parties and ordered by the Court on June 4, 2013 (Docket No. 29):

    a. Exhibit 1 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    b. Exhibit 4 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    c. Exhibit 5 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    d. Exhibit 8 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    e. Certain pages from Exhibit 9 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    f. Exhibit 10 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    g. Exhibit 11 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment;

    h. Exhibit 13 to the deposition of Daniel Hartwig, attached as Exhibit B to the Declaration of Michael Siegel in Opposition to Summary Judgment

i. Exhibit 25 utilized at the deposition of Shane Coduti, attached as Exhibit D to the Declaration of Michael Siegel in Opposition to Summary Judgment;

j. Exhibit 2 utilized at the deposition of Benson Fairow, attached as Exhibit F to the Declaration of Michael Siegel in Opposition to Summary Judgment;

k. Exhibit 35 to the deposition of Steven Coontz, attached as Exhibit H to the Declaration of Michael Siegel in Opposition to Summary Judgment;

l. Certain pages from Exhibit 24 to the deposition of Michael Hayes, attached as Exhibit J to the Declaration of Michael Siegel in Opposition to Summary Judgment;

m. Exhibit 21 to the deposition of Ken Dam, attached as Exhibit L to the Declaration of Michael Siegel in Opposition to Summary Judgment;

n. Certain pages from Exhibit 22 to the deposition of Ken Dam, attached as Exhibit L to the Declaration of Michael Siegel in Opposition to Summary Judgment;

o. Exhibit 23 to the deposition of Ken Dam, attached as Exhibit L to the Declaration of Michael Siegel in Opposition to Summary Judgment;

p. Relevant portions of BART CCTV footage, the original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128," attached as Exhibit O to the Declaration of Michael Siegel in Opposition to Summary Judgment;

q. Relevant portions of BART CCTV footage, the original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128 " attached as Exhibit P to the Declaration of Michael Siegel in Opposition to Summary Judgment;

1
2
3
4
5
      r.   Relevant portions of BART CCTV footage, the original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128," attached as Exhibit Q to the Declaration of Michael Siegel in Opposition to Summary Judgment;

6
7
8
9
10
11
12
      s.   A copy of an audio file produced by BART, that was captured as part of BART's computer assisted dispatch (CAD) system. The audio file reveals that an officer announced, via CAD, that the "dispersal order" had been given at 5:26 p.m. The original title of this audio file was "F13090900581990000011r.wav," attached as Exhibit R to the Declaration of Michael Siegel in Opposition to Summary Judgment.

13
14
15
   3.   The following documents were designated as confidential material by plaintiff David Morse, pursuant to the protective order stipulated to by the parties and ordered by the Court on June 4, 2013 (Docket No. 29):

16
17
18
19
      a.   Confidential photographs marked Bates Nos. 2229, 2231, and 2237, attached as Exhibit I to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

20
21
22
      b.   Confidential photograph marked Bates No. 2250, attached as Exhibit J to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

23
24
25
      c.   Confidential photograph marked Bates No. 2254, attached as Exhibit K to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

26
27
28
      d.   Confidential photograph marked Bates No. 2263, attached as Exhibit L to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

1  e. Confidential photographs marked Bates Nos. 2264-2265, attached as Exhibit M to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

f. Confidential photograph marked Bates No. 2268, attached as Exhibit N to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

g. Confidential photograph marked Bates No. 2273 attached as Exhibit O to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

h. Confidential photograph marked Bates No. 2276 attached as Exhibit P to the Declaration of David Morse in Opposition to Motion for Summary Judgment;

i. Confidential photograph marked Bates No. 2279 attached as Exhibit Q to the Declaration of David Morse in Opposition to Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2014, at Oakland, California.

/s/
Michael Siegel

*Morse v. BART, et al.,* Case No. C12-5289 JSC
Declaration of Michael Siegel In Support of Administrative Motion to File Under Seal
5