1  DAN SIEGEL, SBN 56400
2  MICHAEL SIEGEL, SBN 269439
   SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9
              **UNITED STATES DISTRICT COURT FOR THE**
10
                **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13  DAVID MORSE,                              ) Case No. C12-5289 JSC
                                              )
14          Plaintiff,                        ) **[PROPOSED] ORDER GRANTING**
                                              ) **PLAINTIFF'S ADMINISTRATIVE**
15     vs.                                    ) **MOTION TO FILE UNDER SEAL**
                                              )
16  SAN FRANCISCO BAY AREA RAPID              )
17  TRANSIT DISTRICT (BART); and BART         ) Date: February 6, 2014
    Deputy Police Chief DAN HARTWIG, sued     ) Time: 9:00 a.m.
18  in his official and individual capacities,) Courtroom: F, 15th Floor
                                              ) Hon. Jacqueline Scott Corley
19                                            )
            Defendants.                       ) Trial Date: March 31, 2014
20                                            )
                                              )
21  _____   )

22
         Good cause being shown, the court hereby grants plaintiff DAVID MORSE leave
23
    to file the following documents under seal:
24
         (1) Exhibits B, D, F, H, J, L, O, P, Q, and R attached to the Declaration of Michael
25
    Siegel in Opposition to Motion for Summary Judgment; and
26
27       (2) Exhibits I through Q attached to the Declaration of David Morse in

28  Opposition to Motion for Summary Judgment.

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
[Proposed] Order to File Under Seal —                                              1

1
2    It is so ordered.
3
4
5    Dated: January ___, 2014
                                            _____
6                                           The Honorable Jacqueline Scott Corley
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Morse v. BART, et al.,* Case No. C12-5289 JSC
[Proposed] Order to File Under Seal —                                    2