1  DAN SIEGEL, SBN 56400
2  MICHAEL SIEGEL, SBN 269439
   SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
   michael@siegelyee.com
6

7  Attorneys for Plaintiff
   DAVID MORSE
8

9

          **UNITED STATES DISTRICT COURT FOR THE**
10
          **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13  DAVID MORSE,                                ) Case No. C12-5289 JSC (DMR)
                                                )
14          Plaintiff,                          ) **DECLARATION OF MICHAEL**
                                                ) **SIEGEL IN OPPOSITION TO**
15     vs.                                      ) **MOTION FOR SUMMARY**
                                                ) **JUDGMENT**
16  SAN FRANCISCO BAY AREA RAPID                )
17  TRANSIT DISTRICT (BART); and BART           ) Hearing: February 6, 2014
    Deputy Police Chief DAN HARTWIG, sued       ) Time: 9:00 a.m.
18  in his official and individual capacities,  ) Court: F, 15th Floor
                                                ) Judge: Hon. Jacqueline Scott Corley
19          Defendants.                         )
                                                ) Case Filed: October 12, 2012
20                                              ) Trial Date: March 31, 2014
                                                )
21  _____ )

22
        I, MICHAEL SIEGEL, declare:
23
        1.      I am an attorney admitted to practice before the courts of the State of
24
    California, as well as before the United States District Court for the District of Northern
25
    California. I am an associate with the law firm of Siegel & Yee, which represents
26
    plaintiff David Morse in this matter. This declaration is submitted in response to
27
    defendants' motion for summary judgment or summary adjudication.
28

_____

2.      A true and correct copy of the relevant portions of the deposition transcript of Daniel Hartwig, taken in the above-captioned action on October 15, 2013, is attached hereto as Exhibit A.

3.      A true and correct copy of relevant portions of confidential exhibits utilized at the deposition of Daniel Hartwig, taken in the above-captioned action on October 15, 2013, is attached hereto as Exhibit B.

4.      A true and correct copy of the relevant portions of the deposition transcript of Shane Coduti, taken in the above-captioned action on November 5, 2013, is attached hereto as Exhibit C.

5.       A true and correct copy of the confidential exhibit 25 utilized at the deposition of Shane Coduti, taken in the above-captioned action on November 5, 2013, is attached hereto as Exhibit D.

6.      A true and correct copy of relevant portions of the deposition transcript of Benson Fairow, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit E.

7.      A true and correct copy of the confidential exhibit 2 utilized at the deposition of Benson Fairow, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit F.

8.      A true and correct copy of the relevant portions of the deposition transcript of Steven Coontz, taken in the above-captioned action on December 2, 2013, is attached hereto as Exhibit G.

9.      A true and correct copy of the confidential exhibit 35 to the deposition of Steven Coontz, taken in the above-captioned action on December 2, 2013, is attached hereto as Exhibit H. Exhibit H consists of a single audio file, in .wav format, that is a

copy of a Computer Assisted Dispatch (CAD) recording of Lieutenant Coontz speaking over police radio during the protest in question.

10.     A true and correct copy of the relevant portions of the deposition transcript of Michael D. Hayes, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit I.

11.     A true and correct copy of relevant portions of the confidential exhibit 24 to the deposition of Michael D. Hayes, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit J.

12.     A true and correct copy of relevant portions of the deposition transcript of Ken Dam, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit K.

13.     A true and correct copy of relevant portions of confidential exhibits utilized at the deposition of Ken Dam, taken in the above-captioned action on October 16, 2013, is attached hereto as Exhibit L.

14.     A true and correct copy of relevant portions of the deposition transcript of Kenton Rainey, taken in the above-captioned action on November 6, 2013, is attached hereto as Exhibit M.

15.     A true and correct copy of relevant portions of the deposition transcript of Edward Schlegel, taken in the above-captioned action on November 6, 2013, is attached hereto as Exhibit "N."

16.     As part of the discovery in this matter, BART has provided to my client video footage captured by BART closed circuit television (CCTV) cameras. I have attached as Exhibit O a true and correct copy of relevant portions of BART CCTV footage as Exhibit O. Exhibit O is a an .mpg file and has been provided as a file on a disk that has been

lodged with the Court and provided to defendants. The original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128."

17.     Exhibit O shows the role of David Morse during the protest in question. Mr. Morse is visible towards the center of the frame. He can be located as being behind the individual (Christopher Cantor) who is using a rolled-up piece of paper as a megaphone. Mr. Morse is behind Mr. Cantor and to the right. He is a white man with a beard and ponytail, and he is holding a camera.

18.     I have attached as Exhibit P another true and correct copy of relevant portions of BART CCTV footage. Exhibit P is an .mpg file and has been provided as a file on a disk that has been lodged with the Court and provided to defendants. The original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128."

19.     Exhibit P shows the role of David Morse during the protest in question. At the beginning of this clip, Mr. Morse is visible towards the center of the frame. He is a white man with a beard and ponytail, and he is holding a camera.

20.     I have attached as Exhibit Q another true and correct copy of relevant portions of BART CCTV footage Exhibit Q is an .mpg file and has been provided as a file on a disk that has been lodged with the Court and provided to defendants. The original title of this video file was "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911 _122-128."

21.     Exhibit Q shows the role of David Morse during the protest in question. At the beginning of this clip, Mr. Morse is visible towards the center of the frame. He is a white man with a beard and ponytail, and he is holding a camera. In the frame he is immediately above an individual wearing a red sweatshirt with a hood.

22.     BART has also produced audio files pursuant to discovery. I have attached as Exhibit R a true and correct copy of an audio file produced by BART, that was captured as part of BART's computer assisted dispatch (CAD) system. The audio file reveals that an officer announced, via CAD, that the "dispersal order" had been given at 5:26 p.m. The original title of this audio file was "F1309090058199000011r.wav."

I declare under penalty of perjury under the laws of the State of California that the above is true and correct to the best of my knowledge.

Dated: January 8, 2014

_____

Michael Siegel