1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9

10             **UNITED STATES DISTRICT COURT FOR THE**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13

14 DAVID MORSE,                          ) Case No. C12-5289 JSC (DMR)
                                         )
15         Plaintiff,                    ) **CERTIFICATE OF SERVICE**
                                         )
16     vs.                               )
                                         )
17 SAN FRANCISCO BAY AREA RAPID          ) Hearing: February 6, 2014
   TRANSIT DISTRICT (BART); and BART     ) Time: 9:00 a.m.
18 Deputy Police Chief DAN HARTWIG, sued ) Court: F, 15th Floor
   in his official and individual capacities, ) Judge: Hon. Jacqueline Scott Corley
19                                        )
                                         ) Case Filed: October 12, 2012
20         Defendants.                    ) Trial Date: March 31, 2014
                                         )
21                                       )
                                         )
22

23

24

25

26

27

28

_Morse v. BART, et al.,_ Case No. C12-5289 JSC (DMR)
Certificate of Service

CERTIFICATE OF SERVICE

I, MICAH CLATTERBAUGH, declare as follows:

I am over eighteen years of age and a citizen of the State of California. I am not a party to the within action. My business address is 499 14th Street, Suite 300, Oakland, CA, 94612.

On January 9, 2014, I served copies of the following documents:

1.  PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF MICHAEL SIEGEL AND DAVID MORSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

2.  DECLARATION OF MICHAEL SIEGEL IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATIONS OF MICHAEL SIEGEL AND DAVID MORSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

3.  [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

4.  MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT/ADJUDICATION

5.  DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, INCLUDING CERTAIN EXHIBITS FILED UNDER SEAL

6.  DECLARATION OF DAVID MORSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, INCLUDING CERTAIN EXHIBITS FILED UNDER SEAL

on the parties to this action by mailing the documents by U.S. Mail to the office of the attorney for defendants Board of Education and Anthony Smith at the following address:

DALE L. ALLEN, JR.
KEVIN P. ALLEN
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Certificate of Service

1    I declare under penalty of perjury that the foregoing is true and correct. Executed

2  January 9, 2014, at Oakland, California.

3

4

5                                    Micah Clatterbaugh

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Morse v. BART, et al.*, Case No. C12-5289 JSC (DMR)
Certificate of Service