| | |
|---|---|
| 1 | DAN SIEGEL, SBN 56400 |
| 2 | MICHAEL SIEGEL, SBN 269439<br>SIEGEL & YEE |
| 3 | 499 14th Street, Suite 300<br>Oakland, CA 94612 |
| 4 | Telephone: (510) 839-1200 |
| 5 | Facsimile: (510) 444-6698<br>dansiegel@siegelyee.com |
| 6 | michael@siegelyee.com |
| 7 | Attorneys for Plaintiff |
| 8 | DAVID MORSE |

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID<br>TRANSIT DISTRICT (BART); and BART<br>Deputy Police Chief DAN HARTWIG, sued<br>in his official and individual capacities,<br><br>          Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing: February 6, 2014<br>Time: 9:00 a.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: March 31, 2014 |

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC (DMR)
Certificate of Service

# CERTIFICATE OF SERVICE

I, MICAH CLATTERBAUGH, declare as follows:

I am over eighteen years of age and a citizen of the State of California. I am not a party to the within action. My business address is 499 14th Street, Suite 300, Oakland, CA, 94612.

On February 3, 2014, I served copies of the following documents:

1. PLAINTIFF'S RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS RE: MOTION FOR SUMMARY JUDGMENT

2. SUPPLEMENTAL DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

on the parties to this action by mailing the documents by U.S. Mail to the office of the attorney for defendants Board of Education and Anthony Smith at the following address:

DALE L. ALLEN, JR.
KEVIN P. ALLEN
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed February 3, 2014, at Oakland, California.

_____
Micah Clatterbaugh

*Morse v. BART, et al.*, Case No. C12-5289 JSC (DMR)
Certificate of Service