# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

Date: February 6, 2014

Time in Court: 30 minutes (9:32-10:02)

JUDGE:  Jacqueline Scott Corley

Case Number: C12-5289 JSC

Case Name: David Morse v San Francisco Bay Area Rapid Transit District, et al.

Attorney (s) for Plaintiff: Michael Siegel; Dan Siegel
Attorney (s) for Defendant: Kevin Allen

Deputy Clerk: Ada Means

PROCEEDINGS:

Defendant's motion for Summary (Dkt. No. 54) - Submitted

ORDERED AFTER HEARING:

The motion was argued, submitted, and taken under submission.

The parties are to confer and submit a stipulation for a new trial schedule.

Order to be prepared by: [] Plaintiff     [] Defendant          [/] Court

Notes:

cc:

*Telephonic Appearance