1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9
                 **UNITED STATES DISTRICT COURT FOR THE**
10
                     **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13 DAVID MORSE,                              )  Case No. C12-5289 JSC (DMR)
                                              )
14              Plaintiff,                    )  **EXHIBIT O TO THE UNREDACTED**
                                              )  **DECLARATION OF MICHAEL**
15         vs.                                )  **SIEGEL IN OPPOSITION TO**
                                              )  **MOTION FOR SUMMARY**
16 SAN FRANCISCO BAY AREA RAPID              )  **JUDGMENT: VIDEO FILE STORED**
17 TRANSIT DISTRICT (BART); and BART         )  **ON CD**
   Deputy Police Chief DAN HARTWIG, sued     )
18 in his official and individual capacities,)  Judge: Hon. Jacqueline Scott Corley
                                              )
19              Defendants.                   )  Case Filed: October 12, 2012
20                                            )  Trial Date: September 22, 2014
                                              )
21 _____)

22

23                         **Manual Filing Notification**

24

25

26

27       This filing was not e-filed for the following reason(s):

28

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment         1

1     _____ Unable to Scan Documents

2     _____ Physical Object (please describe):

3     __X__ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

6     _____ Item Under Seal in Criminal Case

7     _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

9     _____ Other (please describe):

Dated: February 12, 2014

_____/s/_____

Michael Siegel

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment     2