DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC (DMR) |
| Plaintiff, | **EXHIBIT P TO THE UNREDACTED DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: VIDEO FILE STORED ON CD** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | |
| | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Case Filed: October 12, 2012 |
| | Trial Date: September 22, 2014 |

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment                1

|     |     |
| --- | --- |
| \_\_\_\_\_ | Unable to Scan Documents |
| \_\_\_\_\_ | Physical Object (please describe): |
| __X__ | Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| \_\_\_\_\_ | Item Under Seal in Criminal Case |
| \_\_\_\_\_ | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| \_\_\_\_\_ | Other (please describe): |

Dated: February 12, 2014

_____/s/_____

Michael Siegel

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment                                    2