1  DAN SIEGEL, SBN 56400
2  MICHAEL SIEGEL, SBN 269439
   SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
5  Facsimile: (510) 444-6698
   dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC (DMR) |
| Plaintiff, | **EXHIBIT Q TO THE UNREDACTED DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: VIDEO FILE STORED ON CD** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | |
| | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Case Filed: October 12, 2012 |
| | Trial Date: September 22, 2014 |

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment                1

1     _____   Unable to Scan Documents

2     _____   Physical Object (please describe):

3     __X__   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

    _____   Item Under Seal in Criminal Case

    _____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

    _____   Other (please describe):

Dated: February 12, 2014

                                          _____/s/_____

                                                         Michael Siegel

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment                 2