1  DAN SIEGEL, SBN 56400
   MICHAEL SIEGEL, SBN 269439
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC (DMR) |
| Plaintiff, | **EXHIBIT R TO THE UNREDACTED DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: AUDIO FILE STORED ON CD** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Case Filed: October 12, 2012
Trial Date: September 22, 2014 |

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment        1

1    _____ Unable to Scan Documents

2    _____ Physical Object (please describe):

3    \_\_X\_\_ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

6    _____ Item Under Seal in Criminal Case

7    _____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

9    _____ Other (please describe):

Dated: February 12, 2014

                                   _____/s/_____

                                          Michael Siegel

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Michael Siegel Declaration in Opposition to Summary Judgment         2