DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC (DMR) |
| Plaintiff, | **UNREDACTED SUPPLEMENTAL DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | |
| | Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Case Filed: October 12, 2012 |
| | Trial Date: September 22, 2014 |

I, MICHAEL SIEGEL, declare:

1. I am an attorney admitted to practice before the courts of the State of California, as well as before the United States District Court for the District of Northern California. I am an associate with the law firm of Siegel & Yee, which represents plaintiff David Morse in this matter. This declaration is submitted in response to defendants' motion for summary judgment or summary adjudication.

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Unredacted Michael Siegel Supplemental Declaration in Opposition to Summary Judgment                                    1

2.    I have attached as Exhibit A a true and correct copy of a digital file of BART CCTV footage. Exhibit A is an .mpg file and has been provided as a file on a disk that has been manually filed, lodged with the Court, and provided to defendants. The original title of this video file was "C_05 PPS-C-S PTZ 080911 _122-128."

I declare under penalty of perjury under the laws of the State of California that the above is true and correct to the best of my knowledge.

Dated: February 12, 2014

                         SIEGEL & YEE

                         By: /s/ Michael Siegel
                              Michael Siegel

                         Attorneys for Plaintiff
                         DAVID MORSE