DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　Defendants. | Case No. C12-5289 JSC (DMR)<br><br>**EXHIBIT A TO THE UNREDACTED SUPPLEMENTAL DECLARATION OF MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT: VIDEO FILE STORED ON CD**<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

**Manual Filing Notification**

This filing was not e-filed for the following reason(s):

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Exhibit A to Unredacted Supplemental Michael Siegel Declaration in Opposition to Summary Judgment                                1

| | | |
|---|---|---|
| 1 | _____ | Unable to Scan Documents |
| 2 | _____ | Physical Object (please describe): |
| 3 | __X__ | Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media |
| 6 | _____ | Item Under Seal in Criminal Case |
| 7 | _____ | Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 9 | _____ | Other (please describe): |

Dated: February 12, 2014

_____/s/_____

Michael Siegel

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC (DMR)
Exhibit A to Unredacted Supplemental Michael Siegel Declaration in Opposition to Summary Judgment    2