DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC (DMR) |
| Plaintiff, | **AMENDED CERTIFICATE OF SERVICE** |
| vs. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | Judge: Hon. Jacqueline Scott Corley |
| | Case Filed: October 12, 2012 |
| Defendants. | Trial Date: September 22, 2014 |

1                         AMENDED CERTIFICATE OF SERVICE

2

3       I, MICAH CLATTERBAUGH, declare as follows:

4       I am over eighteen years of age and a citizen of the State of California. I am not a

5 party to the within action. My business address is 499 14th Street, Suite 300, Oakland,

6 CA, 94612.

7       On February 12, 2014, I served copies of the following documents:

8

9     **1.** EXHIBITS O, P, Q, AND R TO THE UNREDACTED DECLARATION OF
        MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY
10      JUDGMENT, MANUALLY FILED;

11

12     **2.** EXHIBIT A TO THE UNREDACTED SUPPLEMENTAL DECLARATION OF
        MICHAEL SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY
13      JUDGMENT, MANUALLY FILED.

14 on the parties to this action by mailing the documents by U.S. Mail to the office of the

15 attorney for defendants at the following address:

16      DALE L. ALLEN, JR.
        KEVIN P. ALLEN
17      LOW, BALL & LYNCH
        505 Montgomery Street, 7th Floor
18      San Francisco, California 94111

19
      I declare under penalty of perjury that the foregoing is true and correct. Executed
20
February 12, 2014, at Oakland, California.
21

22

23                                 _____

24                                   Micah Clatterbaugh

25

26

27

28