# EXHIBIT I



CONFIDENTIAL

MORSE 2229



CONFIDENTIAL

MORSE 2231



MORSE 2237

# EXHIBIT J



CONFIDENTIAL

MORSE 2250

# EXHIBIT K



EXIT

HALLIDIE PLAZA ↑

EXIT

CONFIDENTIAL

# EXHIBIT L



CONFIDENTIAL

# EXHIBIT M



CONFIDENTIAL

MORSE 2264



CONFIDENTIAL

# EXHIBIT N



MORSE 2268

# EXHIBIT O



CONFIDENTIAL

**EXHIBIT P**



CONFIDENTIAL



CONFIDENTIAL

MORSE 2279