DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
ALLEN, GLAESSNER, HAZELWOOD & WERTH
180 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045
Email: dallen@aghwlaw.com
Email: kallen@aghwlaw.com

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
AND BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>    Defendants. | Case No. C12-5289 JSC<br><br>**STIPULATION ON PRE-TRIAL MEET-AND-CONFER**<br><br>Trial Date: September 22, 2014 |

///

///

///

///

///

///

///

///

///

///

-1-
STIPULATION ON PRE-TRIAL MEET-AND-CONFER

19196.1

1     Pursuant to the following stipulation, the parties hereby request to be excused from the Court's

2 in-person requirement for pre-trial meet-and-confer.

3     The Court's original Pre-Trial Order (Docket No. 16) ordered that "the parties shall meet and

4 confer in person, and then prepare and file a jointly signed Proposed Final Pretrial Order." Plaintiff's

5 counsel Michael Siegel is based in Texas; Defendant's counsel is based in San Francisco, California.

6 Due to these different geographic locations, in-person meet-and-confer is impossible. The parties

7 respectfully request they be allowed to meet-and-confer telephonically.

8

9     Dated:  August 18, 2014

10                                             ALLEN, GLAESSNER, HAZELWOOD & WERTH

11

12                              By:_____/s/ Dale L. Allen, Jr._____

13                              DALE L. ALLEN, JR.
                               KEVIN P. ALLEN

14                              Attorneys for Defendants
                               SAN FRANCISCO BAY AREA RAPID TRANSIT

15                              DISTRICT AND BART DEPUTY POLICE CHIEF
                               DAN HARTWIG

16     Dated:  August 18, 2014

17                                             SIEGEL & YEE

18

19                              By:_____/s/ Michael Siegel_____
                               MICHAEL SIEGEL, ESQ.

20                              Attorneys for Plaintiff
                               DAVID MORSE

21

22 **IT IS SO ORDERED.**

23                                             _____
                                             **JACQUELINE SCOTT CORLEY**

24                                             **UNITED STATES MAGISTRATE JUDGE**

25

26

27

28

19196.1