1  DALE L. ALLEN, JR., SBN 145279
   KEVIN P. ALLEN, SBN 252290
2  ALLEN, GLAESSNER, HAZELWOOD & WERTH
   180 Montgomery Street, Suite 1200
3  San Francisco, California 94104
   Telephone:    (415) 697-2000
4  Facsimile:    (415) 813-2045
   Email: dallen@aghwlaw.com
5  Email: kallen@aghwlaw.com

6  Attorneys for Defendants
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
7  AND BART DEPUTY POLICE CHIEF DAN HARTWIG

8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | DAVID MORSE,                          | Case No. C12-5289 JSC
13 |          Plaintiff,                   |
14 |    vs.                                | **STIPULATION ON PRE-TRIAL MEET-AND-CONFER** AND ORDER
15 | SAN FRANCISCO BAY AREA RAPID          | Trial Date: September 22, 2014
   | TRANSIT DISTRICT (BART); and BART     |
16 | Deputy Police Chief DAN HARTWIG, sued |
   | in his official and individual capacities, |
17 |                                       |
   |          Defendants.                  |
18

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-1-
STIPULATION ON PRE-TRIAL MEET-AND-CONFER

19196.1

Pursuant to the following stipulation, the parties hereby request to be excused from the Court's in-person requirement for pre-trial meet-and-confer.

The Court's original Pre-Trial Order (Docket No. 16) ordered that "the parties shall meet and confer in person, and then prepare and file a jointly signed Proposed Final Pretrial Order." Plaintiff's counsel Michael Siegel is based in Texas; Defendant's counsel is based in San Francisco, California. Due to these different geographic locations, in-person meet-and-confer is impossible. The parties respectfully request they be allowed to meet-and-confer telephonically.

Dated: August 18, 2014

ALLEN, GLAESSNER, HAZELWOOD & WERTH

By: /s/ Dale L. Allen, Jr.
DALE L. ALLEN, JR.
KEVIN P. ALLEN
Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT AND BART DEPUTY POLICE CHIEF DAN HARTWIG

Dated: August 18, 2014

SIEGEL & YEE

By: /s/ Michael Siegel
MICHAEL SIEGEL, ESQ.
Attorneys for Plaintiff
DAVID MORSE

**IT IS SO ORDERED.**

_____
**JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE**