1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   BART DEPUTY POLICE CHIEF DAN HARTWIG

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID MORSE,                          Case No.: C12-5289 JSC (DMR)

12              Plaintiff,                **DEFENDANT'S SPECIAL VERDICT FORM**

13        v.
                                          Trial:      September 22, 2014
14  SAN FRANCISCO BAY AREA RAPID
    TRANSIT DISTRICT (BART); and
15  BART Deputy Police Chief DAN
    HARTWIG, sued in his official and
16  individual capacities,

17              Defendants.

18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

                              1              SPECIAL VERDICT FORM
                                             C12-5289 JSC (DMR)

19832.1

1    Pursuant to the Court's pretrial order, Defendant DEPUTY CHIEF DAN HARTWIG

2    ("Defendant") hereby submits his respective special verdict form. Plaintiff will separately file his

3    [proposed] form.

4

                                                Respectfully submitted,
5
     Dated:  August 28, 2014                    ALLEN, GLAESSNER,
6                                               HAZELWOOD & WERTH, LLP

7
                                                By:   /s/ Kevin P. Allen
8                                                      DALE L. ALLEN, JR.
                                                       KEVIN P. ALLEN
9                                                      Attorneys for Defendants
                                                       SAN FRANCISCO BAY AREA RAPID
10                                                     TRANSIT DISTRICT and BART DEPUTY
                                                       POLICE CHIEF DAN HARTWIG
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

SPECIAL VERDICT FORM
C12-5289 JSC (DMR)

19832.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

### DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

We, the jury, answer the questions submitted to us as follows.

I.   **REGARDING LIABILITY**

**CLAIM FOR RETALIATION BASED ON FIRST AMENDMENT CONDUCT**

**Question 1:**

Before his arrest on September 8, 2011, was Plaintiff DAVID MORSE engaged in journalistic activities protected under the First Amendment?

_____ Yes                    _____ No

If you answered "yes" to Question Number 1, please answer Question Number 2. If you answered "no" to Question 1, please have the foreperson sign, date, and return this form to the marshal.

**Question 2:**

Did Defendant BART Deputy Chief DAN HARTWIG arrest Plaintiff DAVID MORSE because of DAVID MORSE's journalistic activities?

_____ Yes                    _____ No

If you answered "yes" to Question Number 2, please answer Question Number 3. If you answered "no" to Question 2, please have the foreperson sign, date, and return this form to the bailiff/marshal.

II.   **REGARDING DAMAGES**

**Question 3:**

If you answered "yes" to Question Number 2, you must award DAVID MORSE an amount of nominal damages not to exceed $1.00. What is your award of nominal damages to DAVID MORSE?

a.        Nominal damages:                    $_____

If you answered "yes" to Question Number 2, please proceed to Question Number 4.

SPECIAL VERDICT FORM
C12-5289 JSC (DMR)

19832.1

1  **Question 4:**

2      What are DAVID MORSE's damages?

3      a.      General Damages:                    $_____

4

5      If you answered "yes" to Question Number 2, answer Question Number 5.

6  **Question 5:**

7      Did DAVID MORSE prove by preponderance of the evidence that BART Deputy Police

8  Chief HARTWIG's conduct was malicious, oppressive, or in reckless disregard of DAVID

9  MORSE's rights?

10      _____ Yes                    _____ No

11

12      Please have the foreperson signed and date this form.

13

14      Dated: _____

15                                    _____

16                                    FOREPERSON

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

SPECIAL VERDICT FORM
C12-5289 JSC (DMR)

19832.1