1  DAN SIEGEL, SBN 56400
2  MICHAEL SIEGEL, SBN 269439
   SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5  dansiegel@siegelyee.com
6  michael@siegelyee.com

7  Attorneys for Plaintiff
   DAVID MORSE
8

9  DALE ALLEN, JR., SBN 145279
   KEVIN ALLEN, SBN 252290
10 ALLEN GLAESSNER HAZELWOOD WERTH
   180 Montgomery Street, Suite 1200
11 San Francisco, CA 94104
12 Telephone: (415) 697-2000
   Facsimile: (415) 415-813-2045
13 dallen@aghwlaw.com
   kallen@aghwlaw.com
14

15 ATTORNEYS for Defendant
   BART Deputy Police Chief DAN HARTWIG
16

17              **UNITED STATES DISTRICT COURT FOR THE**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| DAVID MORSE, | Case No. C12-5289 JSC |
| Plaintiff, | **JOINT PROPOSED STATEMENT OF THE CASE** |
| vs. | |
| | Pretrial Conference: September 4, 2014 |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |
| Defendants. | Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
19838.1

1  Pursuant to the Court's pretrial order, the parties hereby submit their respective
2  Statements of the Case. The parties met-and-conferred, but were unable to agree upon a
3  joint statement. Plaintiff's statement is first; followed by Defendant's statement.

Dated: August 28, 2014                SIEGEL & YEE

                                      By: /s/ Michael Siegel_____
                                          Michael Siegel
                                          Attorneys for Plaintiff
                                          DAVID MORSE

Dated: August 28, 2014                ALLEN GLAESSNER
                                      HAZELWOOD WERTH

                                      By: /s/ Dale L. Allen, Jr.     ____
                                          Dale L. Allen, Jr.
                                          Attorneys for Defendant
                                          Deputy Chief DAN HARTWIG

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
19838.1

**Plaintiff's [Proposed] Statement of the Case**

This case involves the decision by defendant Deputy Police Chief Dan Hartwig of the San Francisco Bay Area Rapid Transit District ("BART") to arrest plaintiff David Morse during a protest at the Powell Street BART Station in San Francisco. Mr. Morse was arrested on September 8, 2011, by BART police.

Mr. Morse is a journalist for the San Francisco Bay Area Independent Media Center ("Indybay"). He contends that he was arrested by Deputy Chief Hartwig because he wrote numerous articles that were critical of BART police officials and that highlighted certain instances of alleged police misconduct. Morse further contends that, during the protest in question, he acted in a similar manner to dozens of other journalists in attendance, but that only Morse was arrested.

Defendant BART Deputy Police Chief Dan Hartwig denies those allegations and maintains that Morse was properly arrested for obstruction of BART facilities.

Mr. Morse seeks compensatory damages for deprivation of liberty, emotional distress, humiliation, embarrassment, and injury to reputation. He also seeks punitive damages for alleged wanton, willful, or malicious conduct. Deputy Chief Hartwig denies any liability.

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
19838.1

**Defendant's [Proposed] Statement of the Case**

On September 8, 2011, David Morse was arrested during a protest at Powell Street BART station. This case is not about the legality of Mr. Morse's arrest. The arrest has been found lawful.

This case is about why Mr. Morse was arrested. Mr. Morse, the plaintiff, contends he was arrested because of prior, negative articles he had written about BART. Deputy Chief, the defendant, contends Plaintiff was arrested for violating Penal Code § 369i.

*Morse v. BART, et al.,* Case No. C12-5289 JSC
19838.1