DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

DALE ALLEN, JR., SBN 145279
KEVIN ALLEN, SBN 252290
ALLEN GLAESSNER HAZELWOOD WERTH
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 415-813-2045
dallen@aghwlaw.com
kallen@aghwlaw.com

ATTORNEYS for Defendant
BART Deputy Police Chief DAN HARTWIG

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>          Defendants. | Case No. C12-5289 JSC<br><br>**PROPOSED FINAL PRETRIAL ORDER**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

## I.   CLAIMS AND DEFENSES

There is one cause of action for trial: alleged retaliatory arrest motivated by protected First Amendment conduct.  Each party will concurrently file a trial brief to elaborate on their claim or defenses.

### A.  Claims of Plaintiff David Morse

Plaintiff David Morse sues BART Deputy Police Chief Dan Hartwig based upon his claim that he was wrongfully arrested at a political protest on September 8, 2011. Morse, a journalist for the San Francisco Bay Area Independent Media Center ("Indybay"), alleges that Hartwig and other BART officials were motivated by Morse's critical commentary when they targeted him for arrest. Morse also alleges that BART attempted to justify his arrest by claiming he was not a "legitimate journalist." Morse's claim is brought under 42 U.S.C. § 1983 for rights protected under the First Amendment.

### B.  Defenses of Defendant BART Deputy Police Chief Dan Hartwig

Defendant denies Plaintiff's claim. Plaintiff was arrested because he violated Penal Code § 369i, not because of his speech. Defendant also believes he is entitled to qualified immunity, on the basis that probable cause existed for the arrest.

## II.   STATEMENT OF RELIEF SOUGHT

Morse seeks the following relief:

A. Compensatory damages for deprivation of liberty, emotional distress, humiliation, embarrassment, and injury to reputation: $250,000;

B. Punitive damages for wanton, willful, malicious conduct: $100,000; and

C. Attorneys' fees and court costs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### III.   STIPULATED FACTS

1. David Morse is a resident of Alameda County and a United States citizen.

2. San Francisco Bay Area Rapid Transit, known as "BART," maintains its own police force.

3. Mr. Morse is a journalist.

4. Mr. Morse was arrested by BART police on September 8, 2011, during a protest at the Powell Street BART Station in San Francisco, for violation of Penal Code section 369i.

5. Officer Shane Coduti wrote the arrest report for Morse.

6. Defendant Deputy Police Chief Dan Hartwig was the commanding on-site officer for BART police during the protest on September 8, 2011.

7. Deputy Chief Hartwig did not write a supplemental report regarding the Morse arrest.

### IV.   ISSUE TO BE DECIDED BY THE COURT

A. Defendant requests that a further fact be presented to the jury: that probable cause existed to arrest David Morse for violation of Penal Code § 369i.

### V.   JOINT EXHIBIT LIST

The joint exhibit list is attached herein, as Exhibit A.

### VI.   PARTIES' WITNESS LISTS

The witness list of David Morse is attached herein, as Exhibit B.

The witness list of BART Deputy Police Chief Dan Hartwig is attached herein, as Exhibit C.



Dated: August 28, 2014                    SIEGEL & YEE

                                          By: /s/ Michael Siegel
                                                 Michael Siegel

                                          Attorneys for Plaintiff
                                          DAVID MORSE


Dated: August 28, 2014                    ALLEN GLAESSNER
                                          HAZELWOOD WERTH

                                          By: /s/ Dale Allen
                                                 Dale Allen

                                          Attorneys for Defendant
                                          Deputy Chief DAN HARTWIG

# EXHIBIT A

DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>       Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>      Defendants. | Case No. C12-5289 JSC<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

Plaintiff DAVID MORSE plans to offer the following exhibits at trial:

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| 1. | Photographs of Oscar Grant Rally | 1/7/09 | | | | MORSE 253-272 |
| 2. | Photographs of Emergency Town Hall Meeting Regarding the Killing of Oscar Grant | 1/10/09 | | | | MORSE 324-345 |
| 3. | Photographs Re: "No Justice No BART Takes Fare Gates at Fruitvale Station" | 3/5/09 | | | | MORSE 547-565 |
| 4. | Photographs re: "Town Hall Invites and Questions BART Cops" | 3/14/09 | | | | MORSE 625-631 |
| 5. | Article by David Morse Entitled "No Justice No BART Demands Accountability..." | 4/5/09 | | | | MORSE 691-693 |
| 6. | Article by David Morse Entitled "Johannes Mehserle Preliminary Hearing Transcripts..." | 7/17/09 | | | | MORSE 833-845 |
| 7. | Article by David Morse Entitled "BART Police Oversight vs. Every Cop Union in the State..." | 8/18/09 | | | | MORSE 943-945 |
| 8. | Article by David Morse Entitled "Community Demands Action at BART Board Meeting; BART Lies Yet Again" | 8/31/09 | | | | MORSE 981-985 |
| 9. | Article by David Morse Entitled "CA Assembly Hearing on BART's Deeply Inept, Reckless, and Corrupt | 10/27/09 | | | | MORSE 1103-1110 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
|     | Police Force…" |      |         |          |             |       |
| 10. | Article by David Morse Entitled "BART Committee on Police Violence Caught on Camera, Hiring Police Chief, & New Year's Eve" | 11/25/09 | | | | MORSE 1163-1174 |
| 11. | Article by David Morse Entitled "Oscar Grant Family Attorney John Burris Confronts BART's Bad Faith Attacks" | 2/5/10 | | | | MORSE 1316-1320 |
| 12. | Email from Kenton Rainey to Daniel Hartwig re Protest Alert | 7/11/11 | | | | BART 17576-17579 |
| 13. | Email from Ken Dam to David Morse | 7/11/11 | | | | BART 17592-17594 |
| 14. | Article by David Morse Entitled "Justice for Charles Hill BART Action Shuts Three Stations…" | 7/18/11 | | | | MORSE 1739-1760 |
| 15. | Google Alert to Daniel Hartwig | 7/23/11 | | | | BART 17528 |
| 16. | Article by David Morse Entitled "BART Police Review Committee Meeting on Killing of Charles Hill" | 7/23/11 | | | | MORSE 1781-1789 |
| 17. | Article by David Morse Entitled "BART Board Meeting on Killing of Charles Hill in San Francisco" | 7/23/11 | | | | MORSE 1790-1794 |
| 18. | Google Alert to Daniel Hartwig, Exhibit 13 to the Deposition of Daniel | 7/29/11 | | | | BART 19107-19108 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | Hartwig | | | | | |
| 19. | Article by David Morse Entitled "BART Pulls Plug on Cell Phone Antennas - You Can Always Count on BART to Step In It" | 8/12/11 | | | | MORSE 1879-1882 |
| 20. | Article by David Morse entitled "Anonymous OpBART Protest Shuts Down Four SF BART Stations & More" | 8/16/11 | | | | MORSE 1898-1917 |
| 21. | Article by Paul Elias Entitled, "SF Bay Area transit chief defends cellphone cutoff to halt protest" | 8/16/11 | | | | MORSE 3087-3090 |
| 22. | Policy 346, BART Police Policy Manual, "News Media Relations" | 8/19/11 | | | | BART 19383-19386 |
| 23. | Policy 420, BART Police Policy Manual, "Cite and Release Policy" | 8/19/11 | | | | BART 19332-19335 |
| 24. | Policy 459, "Tactical Team & Crowd Control," Exhibit 1 to the Deposition of Daniel Hartwig | 8/19/11 | | | | BART 19342-19358 |
| 25. | Article by David Morse Entitled "BART Hates Free Speech…" | 8/23/11 | | | | MORSE 1959-1963 |
| 26. | Article by David Morse entitled, "The Real Safety Threat? BART Encouraging Violence Against Protestors" | 8/26/11 | | | | MORSE 1974-1976 |
| 27. | Email from Kenton Rainey to Greg Suhr, Benson Fairow, and Daniel Hartwig, | 8/26/11 | | | | BART 18766-18767 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | Exhibit 32 to the Deposition of Kenton Rainey | | | | | |
| 29. | "BART PD Protests 7-7-2011 to 8-29-2011: Arrested by BART PD," Exhibit 16 to the Deposition of Benson Fairow | 8/29/11 | | | | BART 18832-18838 |
| 30. | "No Justice Protest at Powell timeline," Exhibit 5 to the Deposition of Daniel Hartwig | 9/8/11 | | | | BART 19417-19420 |
| 31. | BART Police Flyer Prepared by Officer K. Dam, Exhibit 4 to the Deposition of Daniel Hartwig | 9/8/11 | | | | BART 19431 |
| 32. | Arrest Record of David Morse, Exhibit 25 to the Deposition of Mike Hayes | 9/9/11 | | | | BART 1-5 |
| 33. | Email from Ken Dam to Benson Fairow attaching Flyer, Exhibit 21 to the Deposition of Ken Dam | 9/8/11 | | | | BART 18471 |
| 34. | BART Police Event Record, Exhibit 10 to the Deposition of Daniel Hartwig | 9/8/11 | | | | BART 19468-19472 |
| 35. | Email from Ken Dam Re: "Tactical 9-8-11 Deployment – Intel Update 5," Exhibit 23 to the Deposition of Ken Dam | 9/8/11 | | | | BART 18466 |
| 36. | BART Police Operations Order No. 11-18, Exhibit 2 to the Deposition of Daniel Hartwig | 9/8/11 | | | | BART 618-635 |
| 37. | Email from Benson Fairow to Ken Dam Requesting | 9/8/11 | | | | BART 6229- |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | Flyer, Exhibit 19 to the Deposition of Benson Fairow | | | | | 6231 |
| 38. | Article by David Morse Entitled "Low-key Anonymous OpBART-4 Protest on Labor Day" | 9/8/11 | | | | MORSE 2028-2029 |
| 39. | Photograph of BART Police Officer Shipley, Exhibit 3 to the Deposition of Daniel Hartwig | 9/8/11 | | | | MORSE 2265 |
| 40. | Photograph of BART Police Officers, Exhibit 6 to the Deposition of Daniel Hartwig | 9/8/11 | | | | MORSE 2273 |
| 41. | Photograph of BART Police Line in Front of Fare Gates, Exhibit 8 to the Deposition of Daniel Hartwig | 9/8/11 | | | | MORSE 2408 |
| 42. | Audio File, "F1309090031039000011r. wav," Exhibit 35 to the Deposition of Steven Coontz (CAD audio produced by BART) | 9/8/11 | | | | None |
| 43. | Audio File, "F1309082345429000011r" (CAD audio produced by BART) | 9/8/11 | | | | None |
| 44. | Audio File, "F1309082346299000011r" (CAD audio produced by BART) | 9/8/11 | | | | None |
| 45. | Audio File, "F1309090017179000011r" (CAD audio produced by BART) | 9/8/11 | | | | None |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| 46. | Audio File, "F1309090019449000011r" (CAD audio produced by BART) | 9/8/11 | | | | None |
| 47. | Audio File, "F1309090031039000011r" (CAD audio produced by BART) | 9/8/11 | | | | None |
| 48. | Video File, "BART CCTV 28-22-30-22 C_05 PPS-C-S PTZ 080911_122-128" (Overhead CCTV footage produced by BART) | 9/8/11 | | | | None |
| 49. | Video File, "SANY0003.MP4" (Handheld video produced by BART) | 9/8/11 | | | | None |
| 50. | Video File, "SANY0004.MP4" (Handheld video produced by BART) | 9/8/11 | | | | None |
| 51. | Video File, "SANY0005.MP4" (Handheld video produced by BART) | 9/8/11 | | | | None |
| 52. | David Morse Photographs of 9/8/11 Protest | 9/8/11 | | | | MORSE 2226-2281 |
| 53. | Video File, "20110908 568.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 | | | | MORSE 2871 |
| 54. | Video File, "20110908 570.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 | | | | MORSE 2873 |
| 55. | Video File, "20110908 | 9/8/11 | | | | MORSE |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|---|---|---|---|---|---|---|
|  | 571.mp4" (Josh Wolf video disclosed by Morse) |  |  |  |  | 2874 |
| 56. | Video File, "20110908 572.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2875 |
| 57. | Video File, "20110908 576.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2879 |
| 58. | Video File, "20110908 578.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2881 |
| 59. | Video File, "20110908 584.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2887 |
| 60. | Video File, "20110908 586.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2889 |
| 61. | Video File, "20110908 588.mp4" (Josh Wolf video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2891 |
| 62. | Video File, "Vince in the Bay NO FARE BART Protests – RAW VIDEO.mp4" (Video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 170 |
| 63. | Video File, "Vince IntheBay_No Justice No BART "No Fare" Protests - Outside Powell Station 1 .mp4" | 9/8/11 |  |  |  | MORSE 2832 |
| 64. | Video File, "SteveRhodes_Marching in station chanting BART police make me nervous How can they protect & serve us?.mp4" (Video disclosed by Morse) | 9/8/11 |  |  |  | MORSE 2827 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| 65. | Video file, "RedTVenglish_september 09 08 11 PROTEST FULL_ Disband the BART Police part 1.mp4" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2820 |
| 66. | Video file, "Caitlin Manning – Clip #14.mov" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2844 |
| 67. | Video file, "Caitlin Manning – Clip #15.mov" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2845 |
| 68. | Video file, "Caitlin Manning – Clip #16.mov" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2846 |
| 69. | Video file, "Caitlin Manning – Clip #20.mov" (Video disclosed by Morse) | 9/8/11 | | | | |
| 70. | Video file, "SteveRhodes Station is closed.mp4" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 172 |
| 71. | Video file, "katsumigumi_05_TELL ME WHAT A POLICE STATE LOOKS LIKE! . . .  (5 of 18).mp4 (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2807 |
| 72. | Video file, "katsumigumi_08_SHOW OF HANDS, HOW MANY MEDIA & JOURNALISTS (8 of 18).mp4" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2809 |
| 73. | Video file, "SteveRhodes_After getting kettled chanting Tell me | 9/8/11 | | | | MORSE 2823 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|---|---|---|---|---|---|---|
| | what a police state looks like.mp4" (Video disclosed by Morse) | | | | | |
| 74. | Video file, "SteveRhodes_Chanting No Justice No Peace Disband the BART police at Sept 8 protest.mp4" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2826 |
| 75, | Photographs by "SteveRhodes": <br> • "SteveRhodes_08-007-6130063120_159a1949d2_o.jpg" <br> • "172829_SteveRhodes_04-012-6130013834_5b5aec64ef_o.jpg" <br> • 173233_SteveRhodes_04-018-6130015112_f2bc6339a3_o.jpg | 9/8/11 | | | | MORSE 2495, 2501, 2574 |
| 76, | Photo, "tangle_BART-Protest-9-08-11 - 72.jpg" | 9/8/11 | | | | MORSE 2750 |
| 77. | Photograph from SF Chronicle, "SFChron-byBeckDiefenbach_PoliceBlockGates-628x471.jpg" | 9/8/11 | | | | MORSE 2408 |
| 78.. | Video file, "Bay Citizen – BART Protest 1.mp4" (Video disclosed by Morse) | 9/8/11 | | | | MORSE 2797 |
| 79. | Video file, "bart_news_conference_sept_8_2011.mp4" (Video file disclosed by Morse) | 9/8/11 | | | | MORSE 169 |
| 80. | Video file, "RedTVenglish_september 09 08 011 PROTEST | 9/81/11 | | | | MORSE 2821 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | FULL_Disband the BART Police part 2.mpa" (Video disclosed by Morse) | | | | | |
| 81. | Email from Benson Fairow to Marcia deVaughn and Kenton Rainey, Exhibit 14 to the Deposition of Benson Fairow | 9/9/11 | | | | BARTD 6175-6176 |
| 82. | Article by David Morse Entitled "Indybay Journalist Arrested" | 9/12/11 | | | | MORSE 2031-2056 |
| 83. | Article by David Morse Entitled "Anonymous OpBART-5 Protest" | 9/14/11 | | | | MORSE 2060 |
| 84. | Email from Benson Fairow to Ken Dam, Exhibit 17 to the Deposition of Benson Fairow | 9/15/11 | | | | BART 6116-6119 |
| 85. | Letter from the Society of Professional Journalists to BART Board of Directors, Exhibit 30 to the Deposition of Kenton Rainey | 10/4/11 | | | | MORSE 12-14 |
| 86. | Email from James Allison to Cheryl Stalter, Exhibit 29 to the Deposition of Kenton Rainey | 10/5/11 | | | | BART 5950-5951 |
| 87. | Email from Benson Fairow to Thomas Smith, Jr., Exhibit 18 to the Deposition of Benson Fairow | 10/5/11 | | | | BART 5957-5960 |
| 88. | Email from Thomas Smith, Jr. to Benson Fairow | 10/5/11 | | | | BART 5971-5973 |
| 89. | Letter from Kenton Rainey to the Society of Professional | 10/20/11 | | | | MORSE 15-16 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | Journalists | | | | | |
| 90. | Transcript of BART Police Internal Affairs Interview of Shane Coduti, Exhibit 26 to the Deposition of Shane Coduti | 11/8/11 | | | | BART 19432-19451 |
| 91. | Transcript of BART Police Internal Affairs Interview of Steve Christ | 5/9/12 | | | | BART 19667-19700 |
| 92. | Transcript of BART Police Internal Affairs Interview of Daniel Hartwig, Exhibit 9 to the Deposition of Daniel Hartwig | 5/15/12 | | | | BART 6-54 |
| 93. | Transcript of BART Police Internal Affairs Interview of Ed Schlegel, Exhibit 34 to the Deposition of Ed Schlegel | 5/16/12 | | | | BART 241-267 |
| 94. | Transcript of BART Police Internal Affairs Interview of Lieutenant Coontz, Exhibit 36 to the Deposition of Steven Coontz | 5/18/12 | | | | BART 19641-19666 |
| 95. | Transcript of BART Police Internal Affairs Interview of Ken Dam, Exhibit 22 to the Deposition of Ken Dam | 5/24/12 | | | | BART 318-338 |
| 96. | Transcript of BART Police Internal Affairs Interview of Mike Hayes, Exhibit 24 to the Deposition of Mike Hayes | 5/24/12 | | | | BART 339-387 |
| 97. | Transcript of BART Police Internal Affairs Interview of Cliff Valdehueza, Exhibit 27 to the Deposition of Cliff | 5/28/12 | | | | BART 200-240 |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | Valdehueza | | | | | |
| 98. | Email from Daniel Hartwig to Shane Coduti, Exhibit 12 to the Deposition of Daniel Hartwig | 6/21/12 | | | | BART 1415 |
| 99. | Email from Shane Coduti to Daniel Hartwig, Exhibit 11 to the Deposition of Daniel Hartwig | 6/21/12 | | | | BART 1416 |
| 100. | Composite image of the following files playing simultaneously, synched by timestamp information: CCTV files: C_05 PPS-C-S PTZ 080911 000000 S 000122.cam through C_05 PPS-C-S PTZ 080911 000000 S 000139.cam; BART handheld video files: SANY0003.MP4, SANY0004.MP4, and SANY0005.MP4; BART CAD audio files: F1309082345429000011r.wav, F1309082346299000011r.wav, F1309090009149000011r.wav, F1309090010029000011r.wav, F1309090017179000011r.wav, F1309090017179000011r.wav, F1309090019449000011r.wav, F1309090023239000011r.wav, F1309090023419000011r.wav, F1309090026509000011r.wav, | 8/25/14 | | | | None |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | F1309090028409000011r.wav, F1309090031039000011r.wav, and F1309090034469000011r.wav; and Morse photos: MORSE 2226 through MORSE 2281. | | | | | |
| 101 | Video File, footage disclosed by BART 8/27/14 | 9/8/11 | | | | NONE |
| 102 | Video File, footage disclosed by BART 8/27/14 | 9/8/11 | | | | NONE |
| 103 | Video File, footage disclosed by BART 8/27/14 | 9/8/11 | | | | NONE |
| 104 | Video File, footage disclosed by BART 8/27/14 | 9/8/11 | | | | NONE |
| 105 | Video File, footage disclosed by BART 8/27/14 | 9/8/11 | | | | NONE |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Plaintiff Deputy Chief DAN HARTWIG plans to offer the following exhibits at trial:

| No. | Description | Date | Offered | Received | Limitations | Bates |
|-----|-------------|------|---------|----------|-------------|-------|
| | | | | | | |
| 201. | Incident-related videos produced by both sides in discovery (BART reserves the right to identify additional video)<br><br>Other than the video identified by Plaintiff above, Defendant also identifies the following (all produced in Defendant's Rule 26 Initial | 9/8/11 | | | | None |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|---|---|---|---|---|---|---|
| | Disclosures):<br><br>• "No Justice No BART #NoFare protest on Sept_ 8, 2011"<br>• "09 08 11 opBART-3611<br>• "Bart Protest @ Powell_Market Station in SF-3647"<br>•"BART_protest_9_8_11.MOV-3612"<br>• "FROM ENGLAND TO THE BAY!...THE COPS MUST PAY! (3 of 18)-3613"<br>• "No Justice No BART #NoFare protest on Sept. 8, 2011-3615"<br>• "POWELL STATION HAS JUST BEEN CLOSED (NO JUSTICE! NO BART!) (4 of 18)-3616"<br>• "THE FIRST ARREST @ POWELL ST. STATION (09_08_11) (9 of 18)-3407" | | | | | |
| 202. | BART Police Bulletin Identifying Cantor and Morse | | | | | BART 20588 |
| 203. | Event time-line prepared by Internal Affairs | | | | | TBD |
| 204. | Event Record from Dispatch | | | | | BART 19430-19434 |
| 205. | Event audio from Dispatch (Produced by BART in discovery) | 9/8/11 | | | | None |
| 206. | Police Reports | | | | | BART 1-5; 20544-20568; |

| No. | Description | Date | Offered | Received | Limitations | Bates |
|---|---|---|---|---|---|---|
| | | | | | | 20579-20587; 20592-20597 |
| 207. | Internal Affairs interviews of all witnesses | | | | | BART 6-387; 20598-20617; 20717-20857 |

# EXHIBIT B

DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>          Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>          Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

PLAINTIFF DAVID MORSE plans to call the following witnesses as part of his case-in-chief:

| WITNESS AND ESTIMATED TIME | STATEMENT OF TESTIMONY |
|---|---|
| | |
| 1.  David Morse<br>     180 minutes direct | Plaintiff. |

| 2. | Kenton Rainey<br>30 minutes direct | Chief of Police, San Francisco Bay Area Transit District ("BART"). Will testify to BART policies and procedures concerning the policing of public protest. Will testify to BART official response following arrest of plaintiff David Morse during a protest at the Powell Street BART Station on September 8, 2011. |
| --- | --- | --- |
| 3. | Benson Fairow<br>30 minutes direct | Deputy Chief of BART Police. Will testify to BART awareness of David Morse's journalism for the online media outlet, Indybay.org. Will testify to efforts to investigate David Morse prior to his arrest. |
| 4. | Dan Hartwig<br>120 minutes direct | Defendant. |
| 5. | Shane Coduti<br>30 minutes direct | BART Police Officer. Will testify to BART police preparations prior to the September 8, 2011, protest. Will testify to his participation in the arrest of David Morse. |
| 6. | Ken Dam<br>15 minutes direct | BART Police Officer.  Will testify to efforts by BART police to investigate David Morse prior to the September 8, 2011 protest. |
| 7. | Mike Hayes<br>15 minutes direct | BART Police Officer. Will testify to his review of Coduti's police report concerning David Morse. |
| 8. | Edward Schlegel<br>15 minutes direct | BART Police Officer. Will testify to the process by which BART police selected individuals for arrest during the September 8, 2011, protest. |
| 9. | Steve Coontz<br>15 minutes direct | BART Police Officer. Will testify to announcements made by BART police during the September 8, 2011, protest. |
| 10. | Linton Johnson<br>15 minutes direct | BART Spokesman. Will testify to BART public statements concerning its policing |

| | | |
|---|---|---|
| | | of protests during the summer and fall of 2011. |
| | | |
| 11. | Jacob Crawford<br>15 minutes direct | Video editor for Morse trial team. Will testify to how Morse Exhibit 100 was composed. |
| | | |
| 12. | Officer Lucas<br>15 minutes direct | BART Police Officer. Will testify to use of personal digital recording device (PDRD) used to document arrest of David Morse. |
| | | |

# EXHIBIT C

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID MORSE, | Case No.: C12-5289 JSC (DMR) |
|---|---|
| Plaintiff, | **DEFENDANT'S WITNESS LIST** |
| v. | Hon. Jacqueline Scott Corley |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, | Date:     September 4, 2014<br>Time:     2:00 p.m.<br>Ctrm:     F, 15th Floor<br><br>Trial:     September 22, 2014 |
| Defendants. | |

Defendant BART Deputy Chief DAN HARTWIG hereby submits the following witness list for his case-in-chief, pursuant to the Court's Pretrial Order.

| <u>Name</u> | <u>Testimony</u> | <u>Time</u> |
|---|---|---|
| Dan Hartwig | Defendant | 1.5 hours |
| Ben Fairow | Event commander, drafted tactical plan, explanation of instructions for informational bulletin | 1 hour |
| Ken Dam | Intelligence officer who prepared bulletin based on | 1 hour |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, California 94104

19573.1

1

| | information developed on | |
|---|---|---|
| Steve Coontz | Gave warning orders to the crowd prior to arrests | 1 hour |
| Shane Coduti | Arrested Plaintiff | 1 hour |
| Jim Dudley | Expert offering opinion on police practices | 1.5 hours |
| Ed Alvarez | Will testify re: the testing of the VieVu system in place at the time of the incident (e.g. recording, storage, and recovery of videos; and policies). | 1 hour |

Respectfully submitted,

Dated:  August 28, 2014

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By:   /s/ Kevin P. Allen
     DALE L. ALLEN, JR.
     KEVIN P. ALLEN
     Attorneys for Defendants
     BART DEPUTY POLICE CHIEF DAN
     HARTWIG

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

DEFENDANT'S WITNESS LIST
C12-5289 JSC (DMR)

19573.1