DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　　Defendants. | Case No.: C12-5289 JSC (DMR)<br><br>**OBJECTION TO PLAINTIFF'S PROPOSED EXHIBITS**<br><br>Hon. Jacqueline Scott Corley<br><br>Date:　September 4, 2014<br>Time:　2:00 p.m.<br>Ctrm:　F, 15th Floor<br><br>Trial:　September 22, 2014 |

Defendants hereby identify and object to the following exhibits proposed by plaintiff.

| Exhibit | Relevance/Hearsay |
|---|---|
| 1-4 | Relevance |
| 5-11 | Relevance/Hearsay |
| 13-14 | Relevance/Hearsay |
| 15 | Relevance |
| 16-17 | Relevance/Hearsay |
| 18 | Relevance |
| 19-21 | Relevance/Hearsay |

| | |
|---|---|
| 25-28 | Relevance/Hearsay |
| 29-30 | Reserve – Relevance/Hearsay |
| 37-38 | Relevance/Hearsay |
| 39 | Relevance |
| 42-47 | Relevance/Hearsay |
| 48-78 | Reserve – Cumulative |
| 79 | Relevance |
| 80 | Reserve – Cumulative |
| 81 | Relevance/Hearsay |
| 82-83 | Reserve – Relevance/Hearsay |
| 84-89 | Relevance/Hearsay |
| 100 | Foundation/Expert Testimony/Cumulative |
| 101-105 | Reserve/Cumulative |

Respectfully submitted,

Dated: August 28, 2014

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By: _/s/ Kevin P. Allen_
    DALE L. ALLEN, JR.
    KEVIN P. ALLEN
    Attorneys for Defendant
    BART DEPUTY POLICE CHIEF DAN HARTWIG

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

OBJECTION TO PROPOSED EXHIBITS
C12-5289 JSC (DMR)

19827.1