DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| DAVID MORSE,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>  Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S AMENDED WITNESS LIST (EXHIBIT B TO PROPOSED FINAL PRETRIAL ORDER)**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |
|---|---|

PLAINTIFF DAVID MORSE plans to call the following witnesses as part of his case-in-chief:

| WITNESS AND ESTIMATED TIME | STATEMENT OF TESTIMONY |
|---|---|
| 1.  David Morse<br>     180 minutes direct | Plaintiff. |

*Morse v. BART*, et al., Case No. C12-5289 JSC (DMR)
Plaintiff's Amended Witness List (Exhibit B to Proposed Final Pretrial Order)     1

| | | | |
|---|---|---|---|
| 1 | 2. | Kenton Rainey<br>30 minutes direct | Chief of Police, San Francisco Bay Area Transit District ("BART"). Will testify to BART policies and procedures concerning the policing of public protest. Will testify to BART official response following arrest of plaintiff David Morse during a protest at the Powell Street BART Station on September 8, 2011. |
| | 3. | Benson Fairow<br>30 minutes direct | Deputy Chief of BART Police. Will testify to BART awareness of David Morse's journalism for the online media outlet, Indybay.org. Will testify to efforts to investigate David Morse prior to his arrest. |
| | 4. | Dan Hartwig<br>120 minutes direct | Defendant. |
| | 5. | Shane Coduti<br>30 minutes direct | BART Police Officer. Will testify to BART police preparations prior to the September 8, 2011, protest. Will testify to his participation in the arrest of David Morse. |
| | 6. | Ken Dam<br>15 minutes direct | BART Police Officer. Will testify to efforts by BART police to investigate David Morse prior to the September 8, 2011 protest. |
| | 7. | Mike Hayes<br>15 minutes direct | BART Police Officer. Will testify to his review of Coduti's police report concerning David Morse. |
| | 8. | Edward Schlegel<br>15 minutes direct | BART Police Officer. Will testify to the process by which BART police selected individuals for arrest during the September 8, 2011, protest. |
| | 9. | Steve Coontz<br>15 minutes direct | BART Police Officer. Will testify to announcements made by BART police during the September 8, 2011, protest. |
| | 10. | Linton Johnson<br>15 minutes direct | BART Spokesman. Will testify to BART public statements concerning its policing |

*Morse v. BART, et al.*, Case No. C12-5289 JSC (DMR)
Plaintiff's Amended Witness List (Exhibit B to Proposed Final Pretrial Order)     2

| | | |
|---|---|---|
| | | of protests during the summer and fall of 2011. |
| 11. | Jacob Crawford<br><br>15 minutes direct | Video editor for Morse trial team. Will testify to how Morse Exhibit 100 was composed. |
| 12. | Officer Lucas<br><br>15 minutes direct | BART Police Officer. Will testify to use of personal digital recording device (PDRD) used to document arrest of David Morse. |
| 13. | John Conneely<br><br>15 Minutes Direct | BART Police Lieutenant. Will testify to conduct of David Morse during September 8, 2011, protest. |