DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>  Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S AMENDMENT TO JOINT JURY INSTRUCTIONS**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

Plaintiff Dave Morse hereby amends the joint jury instructions filed by defendant Dan Hartwig earlier today. (Dkt. 94.) Morse disputes Hartwig's proposed instruction regarding nominal damages, 5.6 under the Ninth Circuit Manual of Jury Instructions (Civil), as described below.

**[Disputed] Instruction No. 33, Re: Nominal Damages.** Manual of Model Civil Jury Instructions (Ninth Circuit) 5.6.

Plaintiff's position: Plaintiff David Morse objects to this instruction being given. The fact that David Morse suffered a custodial arrest on September 8, 2011, is undisputed. If Morse succeeds in proving that his arrest was retaliatory and motivated by his protected First Amendment conduct, then the jury would need to award at least some damages to compensate him for the unlawful deprivation of liberty and related emotional distress.

Dated: August 28, 2014        SIEGEL & YEE

                              By: /s/ Michael Siegel
                                  Michael Siegel

                              Attorneys for Plaintiff
                              DAVID MORSE