1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
   kallen@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:      (415) 697-2000
5  Facsimile:      (415) 813-2045

6  Attorneys for Defendants
   SAN FRANCISCO BAY AREA RAPID TRANSIT
7  DISTRICT and BART DEPUTY POLICE CHIEF DAN
   HARTWIG

8

9                    UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  DAVID MORSE,                      Case No.: C12-5289 JSC (DMR)

13              Plaintiff,            **JOINT [PROPOSED] JUROR**
                                      **QUESTIONNAIRE**
14        v.
                                      Hon. Jacqueline Scott Corley
15  SAN FRANCISCO BAY AREA RAPID
    TRANSIT DISTRICT (BART); and      Date:     September 22, 2014
16  BART Deputy Police Chief DAN      Time:     2:00 p.m.
    HARTWIG, sued in his official and Ctrm:     F, 15th Floor
17  individual capacities,
                                      Trial:    September 22, 2014
18              Defendants.

19

20

21        Pursuant to the Court's Order, the parties hereby submit a joint jury questionnaire.

22  Questions 18; 25; 26; and 27 are all disputed: Defendants wants them; Plaintiffs objects to them.

23

24

25

26

27

28

[PROPOSED JUROR QUESTIONNAIRE]
                                                                    C12-5289 JSC (DMR)

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

19480.1

1

2

**Jury Questionnaire**

3

4

5

Thank you for coming to Court as a potential juror. Due to the nature of this case, the

6

Court, the parties, and their attorneys need to know certain information to help them pick

7

a fair and impartial jury.

8

9

**Please answer the questions below and return the completed form to the Court**

10

**Clerk. This is the only task that is required of you today.** <u>**You are then directed to**</u>

11

<u>**return to Court on Tuesday September 23 at 8:30 a.m. for jury selection**</u>.

12

13

14

15

16

Name: _____ Age: _____ ____

17

18

_____

Juror #: _____

19

20

21

City of Residence: _____

22

23

Marital Status: _____

24

25

1.    Please state your occupational status (if you are employed, provide the name of your
employer, job title, and estimated dates of employment).

26

_____

27

_____

28

_____

2

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

19480.1

1

2

_____

3    2.    Please state your job history for the past 10 years (occupation, employers, and
           estimated dates of employment).

4

5          _____

6          _____

7          _____

8          _____

9

10   3.    Please state the names of any organizations that you belong to or are involved in,
           and provide information about the role that you play in each organization.

11

12         _____

13         _____

14         _____

15         _____

16   4.    Please list your hobbies and leisure time activites.

17         _____

18         _____

19         _____

20         _____

21

22   5.          What magazines do you like to read?

23

24         _____

25         _____

26         _____

27

28

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

6.      What was the last book you read? Did you enjoy it? Please explain.

_____

_____

_____

_____

7.      Have you ever taken any classes involving law?

_____

_____

_____

_____

8.      Please state the occupation of your spouse (if any).  (If he/she is employed, provide the name of employer and job title.  If he/she is retired, please state what he/she did before retirement and who he/she worked for.)

_____

_____

_____

_____

9.      If you have children, please provide their names, ages, and occupational status (if they are employed, provide the name of employer, job title, and estimated dates of employment).

_____

_____

_____

_____

10.     Have you served on a jury before? If so, how many times? Federal or state court?

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1   Civil or criminal? Did the jury reach a verdict? Were you ever the foreperson? How
2   did you feel about your juror experience?

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10

11

12   11.   Have you ever served in the military?  If so, please state the nature and time period of
     your service.

13   _____

14   _____

15   _____

16   _____

17

18   12.   Have you, or anyone close to you, ever been arrested?  If so, please explain.

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26

27   13.    Do you have feelings/opinions, positive or negative, about police officers?  If so,
     please explain.

28

5   [PROPOSED JUROR QUESTIONNAIRE]
    C12-5289 JSC (DMR)

19480.1

1

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9 14. Do you have feelings/opinions, positive or negative, about the Bay Area Rapid

10 Transit District ("BART")? If so, please explain.

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 15. Do you have feelings/opinions, positive or negative, about BART police in

19 particular? If so, please explain.

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

26 _____

27

28 16. Do you have feelings/opinions, positive or negative, about journalists/the media? If

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    so, please explain.

2

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10

11   17.   Do you have feelings/opinions, positive or negative, about the group Anonymous? If
         so, please explain.

12

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   18.   Do you have feelings/opinions, positive or negative, about protests in BART stations?

21

22   **[DISPUTED QUESTION BETWEEN THE PARTIES]**

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

19.    Are you familiar with the protests at BART stations in Summer 2011? If so, please explain.

_____

_____

_____

_____

20.    Have you ever worked in journalism/media? If so, please explain (including your position(s) and dates of employment).

_____

_____

_____

_____

_____

21.    Have any friends or family ever worked in journalism/media? If so, please explain (including their position(s) and dates of employment).

_____

_____

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

2 _____

3 _____

4 _____

5 _____

6 _____

7   22.   Have you ever worked in law enforcement? If so, please explain (including your

8         position(s) and dates of employment).

9

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16

17  23.   Have any friends or family ever worked in law enforcement? If so, please explain

18        (including their position(s) and dates of employment).

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

26

27  24.   Do you think police officers are more likely to tell the truth as compared to

        other witnesses?

28

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

25. With respect to journalist behavior at protests, do you have any feelings as to what is proper versus improper behavior?

   **[DISPUTED QUESTION BETWEEN THE PARTIES]**

26. When a journalist is on assignment, does the First Amendment protest any and all conduct he/she engages in?

   **[DISPUTED QUESTION BETWEEN THE PARTIES]**

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

27.   Have you ever witnesses what you considered to be an arrest in retaliation for the arrestee's speech? If so, please explain.

**[DISPUTED QUESTION BETWEEN THE PARTIES]**

_____

_____

_____

_____

_____

_____

_____

28.   Do you know any of the following persons? If so, please explain.

| | | |
|---|---|---|
| Michael Siegel | Yes _____ | No _____ |
| Dan Siegel | Yes _____ | No _____ |
| David Morse | Yes _____ | No _____ |
| Dale Allen | Yes _____ | No _____ |
| Kevin Allen | Yes _____ | No _____ |
| Dan Hartwig | Yes _____ | No _____ |

_____

_____

_____

29.   Do you believe juries give plaintiffs too much money? If so, please explain.

[PROPOSED JUROR QUESTIONNAIRE]
C12-5289 JSC (DMR)

19480.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

2 _____

3 _____

4 _____

5 _____

6

7 30.  Do you think you would be a good juror for this case? Please explain.

8

9 _____

10 _____

11 _____

12

13 31.  Do you know of any reason why you cannot give either plaintiff David Morse or

14 defendant BART Deputy Police Chief Dan Hartwig a fair trial?

15

16 _____

17 _____

18 _____

19

20

21

22

23

24

25

26

27

28

12          [PROPOSED JUROR QUESTIONNAIRE]
           C12-5289 JSC (DMR)

19480.1