DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>　　　　　Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Pretrial Conference: September 4, 2014<br>Time: 2:00 p.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

**VERDICT FORM**

1. Has plaintiff David Morse shown that his arrest on September 8, 2011, was motivated in substantial part by hostility towards his exercise of First Amendment rights as a journalist?

    _____

    If the answer is yes, how much do you award David Morse as compensatory damages?  $_____

2. Has plaintiff David Morse shown that BART Deputy Police Chief Dan Hartwig was malicious, oppressive, or in reckless disregard of Morse's rights?

    _____

    If the answer is yes, how much do you award David Morse as punitive damages?  $_____

Dated: August 28, 2014               SIEGEL & YEE

                                     By: /s/ Michael Siegel_____
                                             Michael Siegel

                                     Attorneys for Plaintiff
                                     DAVID MORSE