# IN THE UNTED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**CASE NAME:** MORSE v. SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, et al.

**CASE NO.** 3:12-cv-05289-JSC

**COURTROOM DEPUTY:** Melinda Lozenski

**DATE:** 9/4/2014      **TIME:** 1 hour, 14 minutes     **COURT REPORTER:** Kathy Sullivan

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Michael Siegel | Dale Allen |
| Daniel Siegel | |

## PROCEEDINGS

[ ]     **STATUS CONFERENCE**

[ ]     **TELEPHONIC CONFERENCE RE:**

[X]     **PRETRIAL CONFERENCE - held**

**CASE CONTINUED TO:** 9/22/2014 at 8:30 a.m. in Courtroom D FOR Jury Trial (5 days).

**Court informed counsel that trial will be dark on Tuesday 9/23/2014.**

**NOTES:** The Court rules on the parties' motions in limine as stated on the record. Counsel will have thirty minutes each to voir dire potential jurors. Each side has eight and a half hours to present evidence, excluding opening and closing statements. Court grants leave to conduct additional limited discovery regarding Defendant's recently produced video recordings. The briefing schedule on Defendant's objection to Plaintiff's exhibit # 100 is as follows: opposition due 9/9/2014, reply due 9/12/2014. Court will advise parties if hearing is necessary.

**cc:**

**\*T=Telephone Appearance**