DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>        Defendants. | Case No. C12-5289 JSC<br><br>**STATEMENT OF NON-OPPOSITION TO DEFENDANT'S OBJECTION TO EXHIBIT #100**<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012<br>Trial Date: September 22, 2014 |

Upon further consideration, plaintiff David Morse hereby withdraws proposed trial exhibit #100.


Dated: September 9, 2014            SIEGEL & YEE

                                    By: /s/ Michael Siegel
                                            Michael Siegel

                                    Attorneys for Plaintiff
                                    DAVID MORSE

---

*Morse v. BART, et al.*, Case No. C12-5289 JSC
Non-Opposition to Defendant's Objection to Plaintiff's Exhibit #100            1