DAN SIEGEL, SBN 56400
MICHAEL SIEGEL, SBN 269439
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
dansiegel@siegelyee.com
michael@siegelyee.com

Attorneys for Plaintiff
DAVID MORSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities,<br><br>         Defendants. | Case No. C12-5289 JSC<br><br>**PLAINTIFF DAVID MORSE'S REQUEST FOR AUTHORIZATION TO BRING EQUIPMENT INTO THE COURTROOM FOR THE PRESENTATION OF EVIDENCE DURING TRIAL AND [PROPOSED] ORDER**<br><br>Trial Date: September 22, 2014<br>Time: 8:30 a.m.<br>Court: F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Case Filed: October 12, 2012 |

Pursuant to the United States District Court, Northern District of California's General Order No. 58, plaintiff David Morse respectfully requests an Order authorizing plaintiff to bring electronic equipment into the courthouse and the courtroom on September 19, 2014, for the presentation of evidence during the trial in this matter.

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
Plaintiff's Request for Authorization and [Proposed] Order - 1

1 | Dated: September 10, 2014

SIEGEL & YEE

By: /s/ *Dan Siegel*
　　　Dan Siegel

Attorneys for Plaintiff
DAVID MORSE

IT IS HEREBY ORDERED, that

Plaintiff David Morse is authorized to bring electronic equipment into the courthouse and courtroom for evidence presentation during the trial in this matter.

Dated:

_____
Honorable Jacqueline Scott Corley
Magistrate Judge, United States District Court

---

*Morse v. BART, et al.,* Case No. C12-5289 JSC
Plaintiff's Request for Authorization and [Proposed] Order - 2