DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendant
BART DEPUTY POLICE CHIEF DAN HARTWIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (BART); and BART Deputy Police Chief DAN HARTWIG, sued in his official and individual capacities, <br><br> Defendants. | Case No.: C12-5289 JSC (DMR) <br><br> **DECLARATION OF KEVIN P. ALLEN IN SUPPORT OF DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COURT'S TENTATIVE RULING ALLOWING PLAINTIFF'S EX. 100 AS A DEMONSTRATIVE** <br><br> Hon. Jacqueline Scott Corley <br><br> Date:   September 4, 2014 <br> Time:  2:00 p.m. <br> Ctrm:  F, 15th Floor <br><br> Trial:   September 22, 2014 |

**DECLARATION OF KEVIN P. ALLEN**

I, KEVIN P. ALLEN, declare as follows:

1.   I am an attorney licensed to practice in the State of California. I am an associate at the law firm of Allen, Glaessner, Hazelwood & Werth, LLP, and am counsel of record for Defendant BART Deputy Police Chief Dan Hartwig ("Defendant") in this matter. I have personal knowledge of the statements made in this declaration and could competently testify to them if called as a witness.

2.   On August 27, 2014, during a telephonic meet and confer, Michael Siegel, counsel

for Plaintiff, informed Dale Allen and I that he intended to introduce a video compilation of the incident at trial created by David Morse and one of his friends.

3. Mr. Siegel provided us a copy of Exhibit 100. Attached hereto is a true and correct copy, in the form of a DVD, of Plaintiff's Exhibit 100. This DVD will be hand-delivered to the court as video files cannot be uploaded to PACER.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on September 10, 2014, at San Francisco, California.

*Kevin P. Allen*
KEVIN P. ALLEN

2

DECLARATION
C12-5289 JSC (DMR)

20764.1