UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, et al.,<br><br>        Defendants. | Case No. 12-cv-05289-JSC<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Wednesday, September 24, 2014**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: September 16, 2014

                                                  *Jacqueline S. Corley*
                                         JACQUELINE SCOTT CORLEY
                                         United States Magistrate Judge