UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### JURY TRIAL CIVIL MINUTE ORDER

**Case No. C12-5289 JSC   Case Name:** Morse v BART, et al.

**Date:** September 22 , 2014 (Day 1)          **Time:** 6 hours and 10 minutes

**The Honorable Jacqueline Scott Corley**

**Clerk:** Ada Means          **Court Reporter:** Belle Ball

**COUNSEL FOR PLTF:**          **COUNSEL FOR DEFT:**

**Michael Siegel; Daniel Siegel**          **Dale Allen; Erica Gonzalez**

Trial Began: **9/22/2014**          Further Trial: **9/24/2014**

**Trial Motions Heard**:                              **Disposition**

1. 
2. 
3. 

Other:

Voir dire began. Jury selected and sworn. Plaintiff's opening statement presented by Mr. M. Siegel. Defendant's opening statement presented by Mr. Allen. Direct examination of Benson Fairow by Mr. M Siegel and Mr. Allen.

Verdict:


Disposition of Exhibits: