**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **C12-5289 JSC**
Case Name: **Morse v BART, et al.**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE**: | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY**: |
|---|---|---|
| Jacqueline Scott Corley | Michael Siegel; Daniel Siegel | Dale Allen; Erica Gonzalez |

| **TRIAL DATE:** | **REPORTER:** | **CLERK**: |
|---|---|---|
| September 22, 2014 (Day 1) | Belle Ball | Ada Means |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:42 a.m. | | | Court and counsel confer in open court re: witness list. | |
| | | 8:54 a.m. | | | Court stands in recess. | |
| | | 9:12 a.m. | | | The prospective jury is now present in the courtroom and roll is taken. | |
| | | 9:15 a.m. | | | Court is now present in the courtroom and voir dire begins. | |
| | | 9:29 a.m. | | | Court called for a brief recess. Outside the presence of the prospective jurors, Court and counsel confer re: hardships. | |
| | | 9:42 a.m. | | | Court reconvenes, all parties present. Voir dire resumes. | |
| | | 10:59 a.m. | | | Court called for a brief recess. | |
| | | 11:07 a.m. | | | Court reconvenes, all parties present. Voir dire resumes. | |
| | | 11:20 a.m. | | | Court called for a brief recess. Outside the presence of the prospective jurors, Court and counsel confer re: cause and challenges. | |
| | | 11:49 a.m. | | | Court reconvenes, all parties present. The jury is selected and the remainder of the prospective jurors are thanked and excused. | |
| | | 11:52 a.m. | | | The jury is sworn and retires for jury orientation. Court called for the noon recess. | |
| | | 1:06 p.m. | | | Court reconvenes, all parties present. The Court gives the jury preliminary jury instructions. | |
| | | 1:17 p.m. | | | Opening statements for Plaintiff presented by Mr. M. Siegel. | |
| | | 1:37 p.m. | | | Opening statements for Defendant presented by Mr. Allen. | |
| | | 2:02 p.m. | | | Benson Fairow sworn as witness for Plaintiff as an adverse witness and under direct examination by Mr. M. Siegel. | |
| 36 | | 2:06 p.m. | x | | | |
| 19 | | 2:18 p.m. | x | | | |

| 31 | | 2:22 p.m. | x | x | |
|---|---|---|---|---|---|
| | | 2:26 p.m. | | | Benson Fairow under direct examination by Mr. Allen. |
| | | 2:43 p.m. | | | Benson Fairow under cross examination by Mr. M. Siegel. |
| | | 2:48 p.m. | | | Benson Fairow is excused. |
| | | 2:50 p.m. | | | The jury is excused for the day. Outside the presence of the jury, Court and counsel confer re: trial schedule. |
| | | 2:52 p.m. | | | Court is adjourned for the day. The matter is continued to September 24, 2014 for further jury trial. |