UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No. C12-5289 JSC**   **Case Name:** Morse v BART, et al.

**Date:** September 24 , 2014 (Day 2)          **Time:** 6 hours and 14 minutes

**The Honorable Jacqueline Scott Corley**

**Clerk:** Ada Means                **Court Reporter:** Belle Ball

**COUNSEL FOR PLTF:**              **COUNSEL FOR DEFT:**

**Michael Siegel**                 **Dale Allen; Erica Gonzalez**

Trial Began: **9/22/2014**          Further Trial: **9/25/2014**

**Trial Motions Heard:**                       **Disposition**

1.
2.
3.

Other:

Direct and cross examination of Ken Dam. Direct and cross examination of Dan Hartwig. Direct examination of Shane Coduti.

Verdict:


Disposition of Exhibits:
The following exhibits were marked and admitted into evidence: 31 (admitted on 9/22/14), 37, 33, 35, 43, 44, 44, 46, 48, 36, 41, 104, 101, and 32.