**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **C12-5289 JSC**
Case Name: **Morse v BART, et al.**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE**: Jacqueline Scott Corley | **PLAINTIFF ATTORNEY:** Michael Siegel | **DEFENSE ATTORNEY**: Dale Allen; Erica Gonzalez |
|---|---|---|
| **TRIAL DATE:** September 24, 2014 (Day 2) | **REPORTER:** Belle Ball | **CLERK**: Ada Means |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:34 a.m. | | | Court reconvenes, all parties present. Ken Dam is sworn as a hostile witness for Plaintiff and is under direct examination by M. Siegel. | |
| 37 | | 8:40 a.m. | x | x | | |
| 33 | | 8:49 a.m. | x | x | | |
| 35 | | 9:08 a.m. | x | x | | |
| | | 9:09 a.m. | | | Ken Dam under cross examination by Mr. Allen. | |
| | | 9:22 a.m. | | | Ken Dam under re-direct examination by M. Siegel. | |
| | | 9:28 a.m. | | | Ken Dam is excused. | |
| | | 9:29 a.m. | | | Dan Hartwig is sworn as a witness for Plaintiff and is under direct examination by M. Siegel. | |
| 34 | | 9:41 a.m | x | | | |
| 43 | | 9:44 a.m. | x | x | | |
| 99 | | 9:50 a.m. | x | | | |
| | | 10:02 a.m. | | | The jury is in recess. | |
| | | 10:03 a.m. | | | Outside the presence of the jury, Court and counsel confer re: deposition testimony. | |
| | | 10:08 a.m. | | | Court called for the morning recess. | |
| | | 10:29 a.m. | | | Court reconvenes, all parties present. Dan Hartwig resumes the witness stand and is under direct examination by M. Siegel. | |
| 99 | | 10:29 a.m. | | x | | |
| 44 | | 10:31 a.m. | x | x | | |
| 46 | | 10:34 a.m. | x | x | | |
| 47 | | 10:38 a.m. | x | | | |
| 48 | | 10:40 a.m. | x | x | | |

| | | | | |
|---|---|---|---|---|
| 36 | 11:28 a.m. | | x | Marked on 9/22/2014. |
| | 11:40 a.m. | | | Court called for a brief recess. |
| | 11:48 a.m. | | | Court reconvenes, all parties present. Dan Hartwig resumes the witness stand and is under cross/direct examination by Mr. Allen. |
| | 12:12 p.m. | | | The jury is in recess. |
| | 12:13 p.m. | | | Outside the presence of the jury, Court and counsel confer re: exhibits. |
| | 12:15 p.m. | | | Court called for the noon recess. |
| | 1:05 p.m. | | | Court reconvenes, all parties present. Dan Hartwig resumes the witness stand and is under further cross /direct examination by Mr. Allen. |
| | 1:55 p.m. | | | Dan Hartwig under redirect examination by M. Siegel. |
| 41 | 2:04 p.m. | x | x | |
| 104 | 2:08 p.m. | x | x | |
| | 2:12 p.m. | | | Dan Hartwig is excused. Court called for a brief recess. |
| | 2;27 p.m. | | | Court reconvenes, all parties present. Shane Coduti sworn as a witness for Plaintiff and is under direct examination by M. Siegel. |
| 101 | 2:33 p.m. | x | x | |
| 103 | 2:36 p.m. | x | x | |
| 32 | 2:39 p.m. | x | x | |
| | 2:47 p.m. | | | Shane Coduti is excused. The jury is in recess for the day. |
| | 2:49 p.m. | | | Outside the presence of the jury, Court and counsel confer re: trial schedule and jurors' questions/notes. The parties stipulates to excuse juror number 5. |
| | 2:58 p.m. | | | Court is adjourned for the day. The matter is continued to September 25, 2014 for further jury trial. |