UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MORSE,

   Plaintiff,

  v.

BART DEPUTY CHIEF DAN HARTWIG,

   Defendant.

Case No. 12-cv-05289-JSC

**[PROPOSED] VERDICT FORM**

1. Do you find that Mr. Morse's protected speech was a "but for" cause for Deputy Chief Dan Hartwig's action?

    YES_____

    NO_____

**If your answer is YES to Question 1, please answer Questions 2 and 3. If you answered NO to Question 1, stop here, answer no further questions, and have the Presiding Juror sign and date this form.**

2. What do you find as the total amount of damages suffered by David Morse?

    $_____

3. Do you find that Deputy Chief Dan Hartwig acted either maliciously, oppressively, or in reckless disregard of David Morse's rights such that punitive damages are justified?

    YES_____

    NO _____

4. If the answer is yes to question 3, how much do you award David Morse as punitive damages?

    $_____

PLEASE HAVE THE *PRESIDING* JUROR SIGN AND DATE THE VERDICT FORM, AND THEN INFORM THE COURT CLERK THAT YOU HAVE REACHED A VERDICT.

Signed:_____    Dated:_____