UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MORSE,<br><br>    Plaintiff,<br><br>  v.<br><br>BART DEPUTY CHIEF DAN HARTWIG,<br><br>    Defendant. | Case No.  12-cv-05289-JSC<br><br>**JUDGMENT** |

The jury having rendered a verdict in favor of Defendant BART Deputy Chief Dan Hartwig on September 29, 2014, judgment is entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED**.

Dated: September 29, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge